UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

GRAND JURY SWORN IN JULY 22, 1998

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 98-329(TPJ) |
| | : | |
| v. | : | Grand Jury Original |
| | : | |
| **VINCENT HILL,** | : | Violations: |
| a/k/a "Vito," | : | |
| | : | 21 U.S.C. §846 |
| **JEROME MARTIN,** | : | (Conspiracy to Distribute |
| a/k/a "Pimp," | : | and Possess with Intent to |
| | : | Distribute Controlled |
| **SAMUEL CARSON,** | : | Substances) |
| a/k/a "Chin," | : | |
| | : | 18 U.S.C. §1962(d) |
| **WILLIAM KYLE SWEENEY,** | : | (Conspiracy to Participate |
| a/k/a "Draper," | : | in a Racketeer Influenced |
| | : | Corrupt Organization) |
| **SEAN COATES,** | : | |
| a/k/a "Birdy," | : | 22   D.C.   Code   §§2401, 3202 |
| | : | (First Degree Murder While |
| | : | Armed) |
| | : | |
| | : | 22 D.C. Code §§501, 3202 |
| | : | (Assault with Intent to |
| | : | Kill While Armed) |
| | : | |
| | : | 18 U.S.C. §1959 |
| | : | (Violent Crime in Aid of |
| | : | Racketeering Activity) |
| | : | |
| | : | 22 D.C. Code §§2101, 3202 |
| | : | (Kidnaping While Armed) |
| | : | |
| | : | 22 D.C. Code §505(b) |
| | : | (Assaulting a Police Officer) |
| | : | |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Use of a Firearm) |
| | : | |
| | : | 22 D.C. Code §3204(b) |
| | : | (Possession of a Firearm |
| | : | During a Crime of Violence) |

FILED

JUL 2 2001

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT



```
                              :    21 U.S.C. §841(a)(1)
                              :    (Possession With Intent to
                              :    Distribute and Distribution of
                              :    Controlled Substances)
                              :
                              :    22 D.C. Code §105
                              :    (Aiding and Abetting)
                              :
                              :    18 U.S.C. §2
                              :    (Aiding and Abetting)
_____:
```



## SECOND RETYPED

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

## NARCOTICS CONSPIRACY

A.   The Conspiracy

From on or about sometime in at least 1988, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including March 1999, in the District of Columbia and elsewhere, the defendants, **VINCENT HILL, a/k/a "Vito," JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, with co-conspirators not indicted herein, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(1)   Mixtures and substances containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance, and the amount of said mixtures and substances was 1000 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

(2)   Mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the quantity of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(3)   Phencyclidine (PCP), a Schedule III controlled substance, and mixtures and substances containing a detectable amount of phencyclidine (PCP), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

B.   Goals of the Conspiracy

The conspiracy had the following goals and objectives:

(1)   It was a principal goal of the conspiracy for the defendants and co-conspirators to obtain as much money and other things of value as possible through the trafficking of controlled substances, namely marijuana, cocaine base, also known as crack cocaine, PCP and other drugs, in the District of Columbia, Maryland, Virginia and elsewhere.

(2)   It was a further goal of the conspiracy to commit acts of robbery, kidnaping, murder and other acts of violence for the

3

following purposes, among others: to enrich the members of the conspiracy; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the conspiracy; to collect monies owed to members of the conspiracy; to protect the conspiracy and its members from detection, apprehension and prosecution by law enforcement; to intimidate and prevent persons from testifying as witnesses in criminal prosecutions against members of the conspiracy; to prevent, thwart, and retaliate against acts of violence perpetrated by rivals against the conspiracy and its members; and to promote and enhance the reputation and standing of the enterprise and its members.

        C.    Ways, Manner and Means To
               <u>Accomplish the Conspiracy</u>

The ways, manner and means by which the defendants and co-conspirators operated their illegal drug trafficking organization, include, but are not limited to, the following:

(1)  The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute marijuana, cocaine base, also known as crack, PCP and other illegal drugs, and aided and abetted such distribution and possession with intent to distribute. The locations at which members of the conspiracy conducted their illegal narcotics business included areas within the Greenleaf Gardens housing complex in Southwest Washington, D.C. --including, but not limited to, the 200 block of K Street, S.W.,

the 900 and 1000 blocks of Delaware Avenue, S.W., and the 900 block of 3rd Street, S.W.-the 1500 block of Canal Street, S.W., the 200 blocks of 37th Street and 37th Place, S.E.

(2)  It was part of the conspiracy that the defendants would and did play different roles in the conspiracy, take upon themselves different tasks and participate in the conduct of the organization through various criminal acts.  The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the distribution operation.  The roles assumed by some defendants were interchangeable at various times throughout the conspiracy.  Some of the roles assumed and carried out by the defendants included, among others, holder, helper, packager, lookout, supplier of drugs, organizer, intermediary, courier, driver, enforcer, protector, street seller and runner.

(3)  It was further part of the conspiracy that marijuana, crack cocaine, PCP and other illegal drugs were stored, prior to distribution to street sellers, runners, and customers, in and around designated stash locations.  The defendants used these stash locations to store illegal drugs and weapons in order to prevent them from being found by the police or rivals and to hide their connection to members of the organization.  Some of these stash locations were also used for processing, cutting, packaging, and

5

distributing the organization's marijuana, crack cocaine, PCP and other illegal drugs.

(4)   It was further part of the conspiracy that the defendants and co-conspirators used telephones, cellular and portable telephones, and beepers/pagers to facilitate their illegal narcotics business; that is, making telephone calls to communicate with each other, their suppliers and their customers, to direct or facilitate acts of violence in furtherance of the conspiracy, and to protect against the detection of the conspiracy by law enforcement officials.

(5)   It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms, including semi-automatic pistols, machine pistols, and revolvers, to protect their drug trafficking operation from theft, robbery and competition from rival sellers, and to do violence in furtherance of the conspiracy.  These weapons were possessed, carried and used for various reasons, including, but not limited to:  to ensure the personal safety of the members of the organization; to protect the organization's illegal drugs, including marijuana and crack cocaine, and the proceeds of drug distribution; to intimidate rival drug dealers from distributing illegal drugs in the areas of Washington, D.C. that the organization claimed to control; to rob rival drug dealers of their drugs and monies in order to prevent them from competing for illegal drug sales in the organization's

area; to rob customers of monies used to purchase illegal drugs; to retaliate against rival drug dealers for harm caused to members of the organization; and to ensure that drug distribution activities were controlled by the defendants and their co-conspirators.

(6)  It was further part of the conspiracy that the defendants and co-conspirators engaged in acts of violence, including murder, armed robbery, kidnaping and armed assaults and threatened acts of violence to protect themselves, to eliminate rival sellers, to retaliate for acts of violence against members of the organization, to prevent potential witnesses from cooperating with law enforcement agencies investigating the drug organization, to prevent potential witnesses from testifying against members of the organization at criminal proceedings, to conceal the conspiracy from law enforcement authorities, to promote and perpetuate the organization's distribution operation and to enhance the organization's reputation.

(7)  It was further part of the conspiracy that members caused third parties to purchase and/or register automobiles and to rent apartments used by members of the conspiracy, a practice designed to conceal from law enforcement authorities the connection between the members of the conspiracy and their automobiles and apartments.

(8)  It was further part of the conspiracy that its members took efforts to avoid detection, investigation by law enforcement

authorities and conviction for criminal charges against any members of the organization.

        D.   <u>Overt Acts</u>

In furtherance of the conspiracy and in order to effect the objects thereof, the defendants, co-conspirators not indicted herein, and others who are known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia, Maryland, Virginia and elsewhere, committed overt acts, including, but not limited to, the following:

1.   On or about June 29, 1989, within the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Larry Wright, by shooting him with a pistol.

2.   On or about December 19, 1989, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Maurice Hallman and Leonard Hyson, by shooting them with pistols.

3.   On or about April 28, 1990, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, seized, confined, kidnaped, abducted and carried away Norman Yusef Simmons and held him for ransom.

4.   Between in or about 1991 and on or about June 20, 1992, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and co-conspirators not indicted herein, while armed with pistols, assaulted persons in the Kentucky Courts neighborhood of Southeast Washington, D.C. whose identities are unknown to the Grand Jury with intent to kill them.

5.   Between in or about 1991 and on or about June 20, 1992, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, assaulted persons in the Kentucky Courts neighborhood of Southeast Washington, D.C. whose identities are unknown to the Grand Jury with intent to kill them.

6.   On or about March 22, 1991, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Teresa Thomas and Terita Lucas, by shooting them with a pistol.

7.   On or about August 6, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Anthony Fortune, by shooting him with a pistol.

8.   On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with pistols,

assaulted Ofc. Adrian Treadwell, Ofc. Edward McDonald, Ofc. Marc Little and Ofc. Alvin Ray with intent to kill them.

9.   On or about October 26, 1991, in the area of 8th Street and Massachusetts Avenue, N.E., in the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, possessed a loaded .45 caliber semi-automatic pistol.

10.   On or about January 23, 1992, inside of Apartment 21, 241 37th Place, S.E., in the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** possessed a loaded 9mm semi-automatic pistol and a bullet-proof vest.

11.   On or about April 7, 1992, in the state of Maryland, **SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with a dangerous weapon, that is, an automobile, assaulted Ofc. Alfred Moss of the Prince George's County Police Department with intent to kill him.

12.   On or about April 22, 1992, in the area of the 900 block of the Southeast Freeway, in the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** possessed a loaded "Tec-9" 9mm semi-automatic pistol.

13.   On or about June 20, 1992, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Jermaine Hall and Michael Jones with intent to kill them.

14.  Between on or about June 20, 1992 and June 28, 1992, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, conspired to kill Michael Jones to prevent him from implicating and testifying against a co-conspirator not indicted herein, regarding the shooting of Jermaine Hall on June 20, 1992.

15.  On or about June 28, 1992, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Michael Jones with intent to kill him.

16.  On or about August 29, 1992, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, assaulted Curtis Edwards, Richard Burton and Keith Jones with intent to kill them, and thereby killed Curtis Edwards, by shooting him with a pistol.

17.  On or about October 27, 1992, in the area of 300 Yoakum Parkway, in Alexandria, Virginia, **JEROME MARTIN, a/k/a "Pimp,"** possessed a 9mm semi-automatic Intratec pistol, a 12-gauge Mossberg shotgun, and a loaded 9mm Beretta pistol with an obliterated serial number.

18.  On or about January 7, 1993, in the area of Half and T Streets, S.W., in the District of Columbia, **SEAN COATES, a/k/a "Birdy",** possessed a loaded Glock 9mm semi-automatic pistol.

19.  On or about July 7, 1993, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Glenn Jenkins, by shooting him with a pistol.

20.  On or about October 22, 1993, in the state of Maryland, **VINCENT HILL, a/k/a "Vito," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy"** and other co-conspirators not indicted herein, while armed with pistols, attempted to kidnap, rob and murder Anthony Pryor.

21.  On or about October 28, 1993, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, assaulted Roland Brown with intent to kill him.

22.  On or about April 9, 1994, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and other co-conspirators not indicted herein, conspired to kill Steven Dunbar.

23.  On or about April 9, 1994, within the District of Columbia, co-conspirators not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Steven Dunbar by shooting him with a pistol.

24.  On or about June 26, 1994, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, assaulted Ulysses English with intent to kill him.

25.  On or about September 21, 1994, within the District of Columbia, co-conspirators not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Phillip Clayborne, by shooting him with a pistol.

26.  On or about September 26, 1994, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Donnell Whitfield, by shooting him with a pistol.

27.  On or about November 1, 1994, inside of 211 I Street, S.E., in the District of Columbia, **WILLIAM SWEENEY, a/k/a "Draper,"** and a co-conspirator not indicted herein, possessed a loaded 9mm semi-automatic Makarov pistol, a loaded 9mm semi-automatic Beretta pistol and a loaded 9mm semi-automatic Star pistol.

28.  On or about May 30, 1995, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** while armed with a pistol, assaulted James Coulter with intent to kill him.

29.  On or about June 6, 1995, in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** obstructed justice by threatening to kill an individual **HILL** believed to be assisting the government in its investigation into the criminal activities of **HILL** and his co-conspirators.

30.  On or about September 27, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL,**

a/k/a "Vito," possessed with intent to distribute a mixture and substance containing marijuana.

31.   On or about October 4, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing marijuana.

32.   On or about November 2, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing marijuana.

33.   On or about November 3, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing marijuana, during which **HILL** identified a co-conspirator not indicted herein as a person who could sell marijuana to the buyer in the future.

34.   On or about November 15, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** and  **JEROME MARTIN, a/k/a "Pimp,"** distributed a mixture and substance containing marijuana.

35.   On or about November 16, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing

marijuana, during which transaction **HILL** and **JEROME MARTIN, a/k/a "Pimp,"** spoke with the buyer about future purchases of marijuana.

36.   On or about November 28, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing marijuana.

37.   On or about November 29, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing marijuana in the presence of **JEROME MARTIN, a/k/a "Pimp,"** who explained to the buyer how to repackage and resell the marijuana.

38.   On or about December 6, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and a co-conspirator not indicted herein, distributed a mixture and substance containing marijuana.

39.   On or about December 8, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** while in the company of co-conspirators not indicted herein, distributed a mixture and substance containing marijuana.

40.   On or about December 13, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and a co-conspirator not indicted herein, distributed a mixture and substance containing marijuana.

41.  On or about December 13, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** and a co-conspirator not indicted herein, distributed a mixture and substance containing marijuana.

42.  On or about December 13, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing marijuana.

43.  On or about December 15, 1995, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** and co-conspirators not indicted herein, distributed a mixture and substance containing marijuana.

44.  In or about 1996 and 1997, within the District of Columbia and the Commonwealth of Virginia, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and another co-conspirator not indicted herein, drove to Centerville, Virginia in search of Kenneth Adams, in order to find and kill Kenneth Adams to prevent him from testifying in the murder trial of a co-conspirator not indicted herein.

45.  On or about February 1, 1996, in the area of the 200 block of K Street, S.W., in the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** possessed with intent to distribute a mixture and substance containing marijuana.

16

46.   On or about February 14, 1996, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** distributed a mixture and substance containing marijuana, during which transaction **HILL** provided the buyer with his pager number (202-519-9153) so that the buyer could arrange future drug purchases from **HILL.**

47.   On or about February 20, 1996, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** and a co-conspirator not indicted herein, distributed a mixture and substance containing marijuana.

48.   On or about February 26, 1996, in the area of the 200 block of K Street, S.W., in the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** distributed a mixture and substance containing marijuana.

49.   On or about February 26, 1996, in the area of the 200 block of K Street, S.W., in the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** distributed a mixture and substance containing marijuana.

50.   On or about March 5, 1996, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** and a co-conspirator not indicted herein, distributed a mixture and substance containing marijuana.

51.   On or about March 15, 1996, in the area of the 200 block of K Street, S.W., in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** and a co-conspirator not indicted herein, distributed a mixture and substance containing marijuana.

52.   On or about August 30, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, assaulted Popa Mark Phillip with intent to kill him.

53.   In or about October 1996, within the District of Columbia and the Commonwealth of Virginia, **JEROME MARTIN, a/k/a "Pimp,"** **SAMUEL CARSON, a/k/a "Chin," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, conspired to kill the witnesses who were expected to testify in the murder trial of **JEROME MARTIN, a/k/a "Pimp."**

54.   On or about October 5, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Chrishauna Gladden, by shooting her with a pistol.

55.   On or about October 30, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and **SEAN COATES, a/k/a "Birdy,"** while armed with a pistol, assaulted Ronald Sowells with intent to kill him.

18

56.    On or about November 13, 1996, a co-conspirator not indicted herein, possessed a loaded Glock .40 caliber semi-automatic pistol as he fled from police officers who were attempting to stop him.

57.    On or about November 17, 1996, in the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, and in perpetrating and attempting to perpetrate the crime of attempted armed robbery, killed Alonzo Gaskins, Darnell Mack and Melody Anderson, by shooting them with a pistol.

58.    On or about November 21, 1996, in the area of 11th Street, S.E., and Interstate 295, in the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** led police officers on a high-speed automobile chase and then assaulted a police officer with a loaded Browning 9mm semi-automatic pistol.

59.    Between in or about April 1997 and on or about June 17, 1997, within the District of Columbia and the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and a co-conspirator not indicted herein, conspired to murder Robert Smith, a/k/a "Butchie," in order to prevent Smith from implicating them in the triple murder they committed in Temple Hills on November 17, 1996.

19

(**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

## RICO CONSPIRACY

    A.   The Enterprise

1.   From in or about sometime in 1988, up through and including in or about March 1999, defendants **VINCENT HILL, a/k/a "Vito," JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, were members and associates of a drug trafficking organization which was based in the District of Columbia and elsewhere and which operated in various locations including, but not limited to, areas within the Greenleaf Gardens housing complex in Southwest Washington, D.C.--including, but not limited to, the 200 block of K Street, S.W., the 900 and 1000 blocks of Delaware Avenue, S.W., and the 900 block of 3rd Street, S.W.--the 1500 block of Canal Street, S.W., the 200 blocks of 37th Street and 37th Place, S.E.  The organization constituted an enterprise, as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact.  The enterprise engaged in, and the activities of the enterprise affected, interstate and foreign commerce, and the activities of the enterprise were conducted in the District of Columbia, Maryland, Virginia and elsewhere.

2.    A principal goal of the organization was to obtain as much money and other things of value through the trafficking of controlled substances, including marijuana, cocaine base, also known as crack cocaine, and PCP.  It was a further goal of the enterprise to commit acts of robbery, kidnaping, murder and other acts of violence for the following purposes, among others:  to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to intimidate and prevent persons from testifying as witnesses in criminal prosecutions against members of the conspiracy; to prevent, thwart, and retaliate against acts of violence perpetrated by rivals against the enterprise and its members; and to promote and enhance the reputation and standing of the enterprise and its members.

B.   Roles of the Defendants

The defendants have performed, or agreed to perform, the following roles and have committed, or agreed to commit, the following crimes--among others that are charged in later sections of this indictment--in furtherance of the enterprise:

VINCENT HILL a/k/a "Vito"

3.   **VINCENT HILL** was one of the leaders of the organization. Prior to his arrest and incarceration in 1996, he consistently sold quantities of marijuana in concert with his co-conspirators in the area of the Greenleaf Gardens public housing complex.  In addition to providing marijuana in wholesale amounts to co-conspirators and other individuals, he and co-conspirators worked together to sell retail amounts to customers who met him on the street.  **HILL** and his co-conspirators centered their street-level distribution in the area surrounding the intersection of Delaware Avenue and K Street, S.W.  **HILL** and his co-conspirators considered that distribution spot reserved for the use of himself and the co-conspirators, and they guarded against incursions by other drug sellers who tried to do business in that area without permission from **HILL** and the co-conspirators.  On occasion, **HILL** resorted to beating competitors with sticks or bats when they did not follow his orders to leave the area.  **HILL** also used firearms to settle disputes between himself and his co-conspirators and rival drug dealers.  On June 29, 1989, he shot and killed Larry Wright in the area of First and

22

O Streets, S.W.  On October 22, 1993, he planned and participated with co-conspirators in the attempted robbery and shooting of another drug dealer named Anthony Pryor.

### JEROME MARTIN a/k/a "Pimp"

4.   **JEROME MARTIN** grew up in Southwest Washington, D.C. and has been associated with most of the co-conspirators since his childhood.  Since approximately 1989, he has routinely engaged in drug distribution--including street-level sales of marijuana in the area of the 200 block of K Street, S.W.--carried firearms and resorted to violence to fend off real or perceived threats to himself and his co-conspirators.  In approximately 1991, **MARTIN** and several of his co-conspirators expanded their narcotics operation over to the area of 37th Place, S.E.  After being introduced to that neighborhood by a friend who had moved there from Southwest, D.C. and getting acquainted with the local narcotics dealers, **MARTIN** quickly became one of the leading distributors of crack cocaine in the area.  He and his co-conspirators set up a network of street-level dealers who sold crack cocaine for them.  This narcotics business netted **MARTIN** handsome profits which permitted him to buy luxury automobiles and to live in a luxury apartment.

On August 6, 1991, **MARTIN** and co-conspirator **SAMUEL CARSON** initiated a violent feud with a group of drug dealers in the 58th Street neighborhood when they killed a member of that group named Anthony Fortune in retaliation for Fortune having earlier robbed

**MARTIN** and others at gunpoint.  The ensuing feud resulted in a series of shootings between **MARTIN** and his co-conspirators who were involved in drug distribution in the 37th Place neighborhood and friends of Anthony Fortune from the 58th Street neighborhood.  Over the next year, members of the rival groups routinely drove through their rivals' neighborhood and shot people who happened to be standing outside.  On September 10, 1991, for example, **MARTIN, CARSON** and several co-conspirators drove through the 58th Street neighborhood and shot at two rivals.  In the process, they got into a shootout with four policemen who happened to be nearby when the co-conspirators opened fire on their targets.

　　**MARTIN** also went to extreme efforts to avoid prosecution and conviction for the crimes he committed in furtherance of this conspiracy.  When tried for a murder arising during the feud with the 58th Street group, **MARTIN** directed co-conspirators to murder persons he suspected were witnesses against him.  At his request, co-conspirators staked out the houses of several prospective witnesses and murdered one witness--Ms. Chrishauna Gladden--four days prior to the commencement of **MARTIN'S** trial.

## SAMUEL CARSON a/k/a "Chin"

5.   **SAMUEL   CARSON**   associated   closely   with   the   co-conspirators, and participated in numerous acts of violence in furtherance of the conspiracy. He participated with **JEROME MARTIN** in the murder of Anthony Fortune and the drive-by shooting that was part of the ensuing feud with Fortune's friends from the 58th Street neighborhood.   He also sought to help his co-conspirators avoid prosecution for their crimes by executing the witnesses against them. In 1995, he and co-conspirators **WILLIAM KYLE SWEENEY** and **SEAN COATES** tried to locate and kill Kenneth Adams, who was a witness in the murder trial of co-conspirator **MAURICE PROCTOR**.   On October 5, 1996, he killed Chrishauna Gladden at **MARTIN'S** behest, four days before she was scheduled to testify in the trial of a case   in   which   **MARTIN**   was   charged   with   murder.   Carson   also participated in other shootings and murders that were committed in furtherance of the racketeering conspiracy, as charged in this and subsequent counts of this indictment, between 1991 and his arrest and incarceration in 1997.

## WILLIAM KYLE SWEENEY a/k/a "Draper"

6.   **WILLIAM KYLE SWEENEY** actively distributed narcotics and participated in numerous shootings and robberies in concert with the   co-conspirators   in   this   case   and   in   furtherance   of   the conspiracy.  He routinely carried firearms and used them to commit robberies in order to enrich himself and his co-conspirators, to

kill persons he perceived as a threat to himself or his co-conspirators and to enhance the reputation of the membership of the conspiracy. **SWEENEY** committed a number of shootings in furtherance of this conspiracy, including shootings that were directed at persons from the Condon Terrace neighborhood of Southeast Washington, D.C. who were feuding with **SWEENEY** and his co-conspirators; the kidnaping, shooting and attempted robbery of Anthony Pryor on October 22, 1993; the murder of Donnell Whitfield on September 26, 1994; and the murder and attempted robbery of three persons in Temple Hills, Maryland on November 17, 1996.

### SEAN COATES a/k/a "Birdy"

7.   **SEAN COATES** was a central member of the conspiracy, and he consistently participated in narcotics distribution with the co-conspirators and committed violent acts related to the conspiracy. For example, on April 28, 1990, he and co-conspirators kidnaped Norman Yusef Simmons in order to collect ransom from Simmons' brother, who was a successful rival drug dealer. On June 28, 1992, he participated in the attempted murder of Michael Jones, who was a witness against co-conspirator Clifton Edwards. On October 22, 1993, he joined **SWEENEY** and other co-conspirators in the abduction, attempted robbery and shooting of Anthony Pryor, another rival drug dealer. On October 30, 1996, **COATES** ambushed and fired two gunshots into Ronald Sowells--a member of a rival gang--as retaliation for Sowells' alleged participation in the shooting of

co-conspirator **VINCENT HILL** on July 10, 1996.   On November 17, 1996, he participated in the robbery and triple murder of three victims in Temple Hills, Maryland.

    C.   <u>The RICO Conspiracy</u>

    8.   From in or about sometime in at least 1988, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including March 1999, in the District of Columbia, Virginia, Maryland and elsewhere, the defendants, **VINCENT HILL, a/k/a "Vito," JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** together with other persons known and unknown, being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5), consisting of the following:

    (a) offenses involving distribution and possession with intent to distribute controlled substances, including marijuana, cocaine base, also known as crack cocaine, and PCP, in violation of Title

21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2;

(b) conspiracy to distribute and to possess with intent to distribute controlled substances, including marijuana, cocaine base, also known as crack cocaine, and PCP, in violation of Title 21, United States Code, Section 846; and

(c) acts and threats involving murder, kidnaping and robbery, in violation of Title 22, D.C. Code, Sections 103, 105, 105a, 106, 501, 503, 2101, 2401, 2901, 2902, 3202 and 3204(b); Title 18, United States Code, Section 1959; and Title 27, Maryland Code, Sections 12, 337, 407, 410, 486, and 488.

9.  It was further part of the conspiracy that each defendant agreed that a co-conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

D.   The Pattern of Racketeering Activity

10.  The pattern of racketeering activity through which the defendants conspired to conduct and participate in the conduct of the affairs of the enterprise consisted of racketeering acts set forth below, which are set forth in the corresponding overt acts (OA) of Count One and the corresponding counts of this indictment, which are realleged and incorporated by reference herein:

**Racketeering Act 1**          <u>Act Involving Distribution of a</u>
                                <u>Controlled Substance</u>
                                <u>(Conspiracy)</u>

From on or about sometime in 1988, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including September 1998, in the District of Columbia and elsewhere, the defendants, **VINCENT HILL, a/k/a "Vito," JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, with co-conspirators not indicted herein, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances, in violation of Title 21, United States Code, Section 846, as set forth more fully in Count One of this indictment.

**Racketeering Acts 2-20**      <u>Acts Involving Distribution of a</u>
                                <u>Controlled Substance</u>
                                <u>(Distribution)</u>

On or about the dates set forth below, in the District of Columbia, Maryland and elsewhere, the defendants named below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance,

as more fully set forth in the specified overt acts of Count One,

which are realleged and incorporated by reference herein:

| Rack. Act | Defendant or Co-Conspirator | Nature of Offense/Date | Overt Act | Violation |
|---|---|---|---|---|
| 2 | **VINCENT HILL** | Dist. Marijuana (October 4, 1995) | OA 31 | 21 U.S.C. §841 (a)(1) |
| 3 | **VINCENT HILL** | Dist. Marijuana (November 2, 1995) | OA 32 | 21 U.S.C. §841 (a)(1) |
| 4 | **VINCENT HILL** | Dist. Marijuana (November 3, 1995) | OA 33 | 21 U.S.C. §841 (a)(1) |
| 5 | **VINCENT HILL JEROME MARTIN** | Dist. Marijuana (November 15, 1995) | OA 34 | 21 U.S.C. §841 (a)(1) |
| 6 | **VINCENT HILL** | Dist. Marijuana (November 16, 1995) | OA 35 | 21 U.S.C. §841 (a)(1) |
| 7 | **VINCENT HILL** | Dist. Marijuana (November 28, 1995) | OA 36 | 21 U.S.C. §841 (a)(1) |
| 8 | **VINCENT HILL** | Dist. Marijuana (November 29, 1995) | OA 37 | 21 U.S.C. §841 (a)(1) |
| 9 | **JEROME MARTIN** | Dist. Marijuana (December 6, 1995) | OA 38 | 21 U.S.C. §841 (a)(1) |
| 10 | **VINCENT HILL** | Dist. Marijuana (December 8, 1995) | OA 39 | 21 U.S.C. §841 (a)(1) |
| 11 | **JEROME MARTIN** | Dist. Marijuana (December 13, 1995) | OA 40 | 21 U.S.C. §841 (a)(1) |
| 12 | **VINCENT HILL** | Dist. Marijuana (December 13, 1995) | OA 41 | 21 U.S.C. §841 (a)(1) |
| 13 | **VINCENT HILL** | Dist. Marijuana (December 13, 1995) | OA 42 | 21 U.S.C. §841 (a)(1) |
| 14 | **VINCENT HILL** | Dist. Marijuana (December 15, 1995) | OA 43 | 21 U.S.C. §841 (a)(1) |

| 15 | **VINCENT HILL** | Dist. Marijuana (February 14, 1996) | OA 46 | 21 U.S.C. §841 (a)(1) |
|----|----|----|----|----|
| 16 | **VINCENT HILL** | Dist. Marijuana (February 20, 1996) | OA 47 | 21 U.S.C. §841 (a)(1) |
| 17 | **JEROME MARTIN** | Dist. Marijuana (February 26, 1996) | OA 48 | 21 U.S.C. §841 (a)(1) |
| 18 | **JEROME MARTIN** | Dist. Marijuana (February 26, 1996) | OA 49 | 21 U.S.C. §841 (a)(1) |
| 19 | **VINCENT HILL** | Dist. Marijuana (March 5, 1996) | OA 50 | 21 U.S.C. §841 (a)(1) |
| 20 | **VINCENT HILL** | Dist. Marijuana (March 15, 1996) | OA 51 | 21 U.S.C. §841 (a)(1) |

**Racketeering Acts 21-22**    <u>Acts Involving Distribution of a Controlled Substance (Possession with Intent to Distribute)</u>

On or about the dates set forth below, in the District of Columbia, Maryland and elsewhere, the defendants named below, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, unlawfully, knowingly and intentionally did possess with intent to distribute a mixture and substance containing a detectable amount of a Schedule I or II controlled substance, as more fully set forth in the specified overt acts of Count One, which are realleged and incorporated by reference herein:

Case 1:98-cr-00329-RCL    Document 760    Filed 07/02/01    Page 32 of 79

| Rack. Act | Defendant or Co-Conspirator | Nature of Offense/Date | Overt Act | Violation |
|---|---|---|---|---|
| 21 | **VINCENT HILL** | PWID Marijuana (September 27, 1995) | OA 30 | 21 U.S.C.§841 (a)(1) |
| 22 | **JEROME MARTIN** | PWID Marijuana (February 1, 1996) | OA 45 | 21 U.S.C.§841 (a)(1) |

**Racketeering Acts 23-50**    Acts and Threats Involving
                               Murder, Kidnaping and Robbery

On or about the dates set forth below, in the District of Columbia, Maryland and elsewhere, the defendants named below in Acts 23-50, in violation of Title 22, D.C. Code, Sections 103, 105, 105a, 106, 501, 503, 2101, 2401, 2901, 2902, 3202 and 3204(b); Title 18, United States Code, Section 1959; and Title 27, Maryland Code, Sections 12, 337, 407, 410, 486, and 488, did commit acts and threats involving murder, kidnaping and robbery, as set forth below.

A number of the acts and threats involving murder, kidnaping and robbery through which the defendants conspired to conduct and participate in the conduct of the affairs of the racketeering enterprise related to violent feuds between the defendants' enterprise and other criminal groups in and around the District of Columbia. This indictment charges the defendants with committing racketeering acts of murder, kidnaping and robbery in relation to four separate feuds. In addition, it charges the defendants with "General Racketeering Acts"--acts of murder, kidnaping and robbery committed in furtherance of the racketeering enterprise that are

not related to these three feuds.  The acts and threats involving murder, kidnaping and robbery are set forth in Racketeering Acts 24 through 53.

<u>*THE 37TH PLACE/58TH STREET FEUD*</u>

**Racketeering Act 23**

On or about August 6, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Anthony Fortune, by shooting him with a pistol on or about August 6, 1991, thereby causing injuries from which Anthony Fortune died on or about August 6, 1991, in violation of 22 D.C. Code Sections 105, 2401 and 3202.

**Racketeering Act 24**

The defendants named below committed the following acts, each of which alone constitutes the commission of Racketeering Act 24:

(a)  On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Keith Bradley, a/k/a "PeeWee," with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

(b)  On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Jimmy Thomas, Jr., a/k/a "Sugarspoon," with intent to

33

murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

(c)  On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Officer Adrian Treadwell with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

(d)  On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Officer Edward McDonald with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

(e)  On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Officer Marc Little with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

(f)  On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Officer Alvin Ray with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

**Racketeering Act 25**

The defendant named below committed the following acts, each of which alone constitutes the commission of Racketeering Act 25:

(a)  On or about August 29, 1992, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Curtis Edwards, by shooting him with a pistol on or about August 29, 1992, thereby causing injuries from which Curtis Edwards died on or about August 29, 1992, in violation of 22 D.C. Code Sections 105, 2401 and 3202.

(b)  On or about August 29, 1992, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and a co-conspirator not indicted herein, while armed with a pistol, assaulted Richard Burton with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

(c)  On or about August 29, 1992, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and a co-conspirator not indicted herein, while armed with a pistol, assaulted Keith Jones with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

*THE SOUTHWEST/CONDON TERRACE FEUD*

**Racketeering Act 26**

The defendants named below committed the following acts, each of which alone constitutes the commission of Racketeering Act 26:

(a)  On or about June 20, 1992, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, while armed with a pistol, assaulted Jermaine Hall with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

(b)  On or about June 20, 1992, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, while armed with a pistol, assaulted Michael Jones with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

**Racketeering Act 27**

Between on or about June 20, 1992 and June 28, 1992, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, unlawfully, wilfully, and knowingly did conspire and agree with each other to commit the crime of first degree murder while armed (premeditated) of Michael Jones in order to prevent Michael Jones from implicating and testifying against a co-conspirator not indicted herein regarding the shooting of Jermaine Hall on June 20, 1992, in violation of 22 D.C. Code Sections 105a, 2401 and 3202.

The object of the conspiracy charged in Racketeering Act 27 was for the co-conspirators to murder Michael Jones to prevent him from testifying against the co-conspirator not indicted herein.  In furtherance of this conspiracy and to effect the object thereof,

36

**SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, committed the following overt acts in the District of Columbia:

(1)  After the arrest of the co-conspirator not indicted herein on June 20, 1992, the co-conspirators discussed over the telephone the fact that Michael Jones was a witness against the co-conspirator not indicted herein and agreed that they needed to kill Michael Jones to prevent the co-conspirator not indicted herein from being convicted for the shooting of Jermaine Hall.

(2)  On or about June 28, 1992, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, drove to the area of the 1000 block of Mississippi Avenue, S.E. where they spotted Michael Jones.

(3)  On or about June 28, 1992, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, approached Michael Jones, chased him down and shot him multiple times.

## Racketeering Act 28

On or about June 28, 1992, within the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, assaulted Michael Jones with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

**Racketeering Act 29**

On or about July 7, 1993, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Glenn Jenkins, by shooting him with a pistol on or about July 7, 1993, thereby causing injuries from which Glenn Jenkins died on or about July 7, 1993, in violation of 22 D.C. Code Sections 105, 2401 and 3202.

*THE SOUTHWEST/KENTUCKY COURTS FEUD*

**Racketeering Act 30**

Between in or about 1991 and on or about June 20, 1992, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and a co-conspirators not indicted herein, while armed with pistols, assaulted persons in the Kentucky Courts neighborhood of Southeast Washington, D.C. whose identities are unknown to the Grand Jury with intent to murder them, in violation of 22 D.C. Code Sections 105, 503 and 3202.

**Racketeering Act 31**

Between in or about 1991 and on or about June 20, 1992, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, assaulted persons in the Kentucky Courts neighborhood of Southeast Washington, D.C. whose identities

38

are unknown to the Grand Jury with intent to murder them, in violation of 22 D.C. Code Sections 105, 503 and 3202.

*THE K STREET/L STREET FEUD*

## Racketeering Act 32

On or about June 29, 1989, within the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Larry Wright, Jr., by shooting him with a pistol on or about June 29, 1989, thereby causing injuries from which Larry Wright, Jr. died on or about June 29, 1989, in violation of 22 D.C. Code Sections 2401 and 3202.

## Racketeering Act 33

On or about April 28, 1990, in the District of Columbia, **SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, seized, confined, kidnaped, abducted and carried away Norman Yusef Simmons, with intent to hold and detain Norman Yusef Simmons for ransom, reward and otherwise, in violation of 22 D.C. Code Sections 105, 2101 and 3202.

## Racketeering Act 34

In or about July 1996, in the Commonwealth of Virginia, **SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, knowingly did conspire and agree with each other and with others to commit the crime of first degree murder while armed (premeditated) of members of a rival criminal group which operated in the area of

L Street, S.W., in violation of 22 D.C. Code Sections 105a, 2401 and 3202.

The object of the conspiracy charged in Racketeering Act 34 was for the conspirators to retaliate against the members of the criminal group from L Street, S.W. for their alleged responsibility for the July 6, 1996, murder of an individual's brother.

In furtherance of this conspiracy and to effect the object thereof, **SAMUEL CARSON, a/k/a "Chin,"** and co-conspirators not indicted herein, committed the following overt act in the District of Columbia:

(1) On or about October 30, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, participated in the shooting of Ronald Sowells, a recognized member of the L Street criminal group.

**Racketeering Act 35**

On or about October 30, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and **SEAN COATES, a/k/a "Birdy,"** while armed with a pistol, assaulted Ronald Sowells with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

*GENERAL RACKETEERING ACTS*

**Racketeering Act 36**

The defendant named below committed the following acts, each of which alone constitutes the commission of Racketeering Act 36:

(a)  On or about December 19, 1989, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Maurice Hallman, by shooting him with a pistol on or about December 19, 1989, thereby causing injuries from which Maurice Hallman died on or about December 19, 1989, in violation of 22 D.C. Code Sections 105, 2401 and 3202.

(b)  On or about December 19, 1989, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Leonard Hyson, by shooting him with a pistol on or about December 19, 1989, thereby causing injuries from which Leonard Hyson died on or about December 19, 1989, in violation of 22 D.C. Code Sections 105, 2401 and 3202.

## Racketeering Act 37

The defendant named below committed the following acts, each of which alone constitutes the commission of Racketeering Act 37:

(a)  On or about March 22, 1991, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Teresa Thomas, by shooting her with a pistol on or about March 22, 1991, thereby causing injuries from which Teresa Thomas died on or

41

about March 22, 1991, in violation of 22 D.C. Code Sections 2401 and 3202.

(b)   On or about March 22, 1991, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Terita Lucas, by shooting her with a pistol on or about March 22, 1991, thereby causing injuries from which Terita Lucas died on or about March 22, 1991, in violation of 22 D.C. Code Sections 2401 and 3202.

## Racketeering Act 38

On or about April 7, 1992, in the state of Maryland, **SAMUEL CARSON,** while armed with a dangerous weapon, that is, an automobile, assaulted Ofc. Alfred Moss of the Prince George's County Police Department with intent to murder him, in violation of 27 M.D. Code Section 12.

## Racketeering Act 39

The defendants named below committed the following acts, each of which alone constitutes the commission of Racketeering Act 39:

(a)   On or about October 22, 1993, in the state of Maryland, **VINCENT HILL, a/k/a "Vito," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and other co-conspirators not indicted herein, while armed with pistols, did attempt, by violence and by putting in fear, to take and carry away money or other valuable

property from the person of Anthony Pryor, in violation of 27 M.D. Code, Sections 486 and 488.

(b)   On or about October 22, 1993, in the state of Maryland, **VINCENT HILL, a/k/a "Vito," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and other co-conspirators not indicted herein, while armed with pistols, seized, confined, kidnaped, abducted and carried away Anthony Pryor, with intent to hold and detain Anthony Pryor, in violation of 27 M.D. Code, Section 337.

(c)   On or about October 22, 1993, in the state of Maryland, **VINCENT HILL, a/k/a "Vito," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and other co-conspirators not indicted herein, while armed with pistols, assaulted Anthony Pryor with intent to murder him, in violation of 27 M.D. Code, Section 12.

## Racketeering Act 40

On or about October 28, 1993, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, assaulted Roland Brown with intent to murder him, in violation of 22 D.C. Code Sections 105, 503 and 3202.

## Racketeering Act 41

On or about April 9, 1994, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and other co-conspirators not indicted herein, unlawfully, willfully, and knowingly did conspire and agree with each other and with others to commit the crime of first degree

murder while armed (premeditated) of Steven Dunbar, in violation of 22 D.C. Code Sections 105a, 2401 and 3202.

The object of the conspiracy charged in Racketeering Act 41 was to murder Steven Dunbar.  In furtherance of this conspiracy and to effect the object thereof, **SAMUEL CARSON, a/k/a "Chin,"** and other co-conspirators not indicted herein, committed the following overt acts in the District of Columbia:

(1) Prior to the murder of Steven Dunbar on the evening of April 9, 1994, two co-conspirators not indicted herein had a conversation in which they agreed to murder Steven Dunbar that night and one of the co-conspirators not indicted herein told the other co-conspirator not indicted herein that Dunbar was sitting up the street.

(2) Moments prior to the murder of Steven Dunbar on the evening of April 9, 1994, a co-conspirator not indicted herein produced two handguns and gave one to the other co-conspirator not indicted herein for the purpose of murdering Steven Dunbar.

(3) Moments prior to the murder of Steven Dunbar, **SAMUEL CARSON, a/k/a "Chin,"** arranged for a co-conspirator not indicted herein to wait in a parked car nearby where Steven Dunbar was sitting so that that co-conspirator could be ready to drive the murder weapons away from the scene after the murder was committed.

(4) While a co-conspirator not indicted herein waited nearby, a co-conspirator not indicted herein walked up behind

44

Steven Dunbar in the 200 block of K Street, S.W., Washington, D.C., and murdered Dunbar by shooting him approximately seven times.

(5)   Within seconds after the co-conspirator not indicted herein shot Steven Dunbar, co-conspirators not indicted herein, opened fire on an eyewitness to the murder named Rogest Webb in order to prevent Rogest Webb from implicating and testifying against the co-conspirators in the murder of Steven Dunbar.

(6)   After the co-conspirator not indicted herein shot Steven Dunbar, he handed the murder weapon to a co-conspirator not indicted herein.

(7)   After the co-conspirator not indicted herein handed the murder weapon to another co-conspirator not indicted herein, they both went into an alley and met other co-conspirators.

(8)   A co-conspirator not indicted herein then took the two handguns from the co-conspirator not indicted herein and ran to the car that was waiting nearby.

(9)   The co-conspirator not indicted herein who had been told by **SAMUEL CARSON, a/k/a "Chin,"** to park nearby then drove the co-conspirator not indicted herein who was carrying the two handguns away from the area.

**Racketeering Act 42**

On or about June 26, 1994, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, assaulted

45

Ulysses English with intent to murder him, in violation of 22 D.C. Code Sections 503 and 3202.

## Racketeering Act 43

On or about September 26, 1994, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Donnell Whitfield by shooting him with a pistol on or about September 26, 1994, thereby causing injuries from which Donnell Whitfield died on or about September 26, 1994, in violation of 22 D.C. Code Sections 105, 2401 and 3202.

## Racketeering Act 44

On or about May 30, 1995, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** while armed with a pistol, assaulted James Coulter with intent to murder him, in violation of 22 D.C. Code Sections 503 and 3202.

## Racketeering Act 45

Between in or about 1996 and in or about 1997, within the District of Columbia and the Commonwealth of Virginia, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and another co-conspirator not indicted herein, unlawfully, wilfully, and knowingly did conspire and agree with each other to commit the crime of first degree murder while

armed (premeditated), in violation of 22 D.C. Code Sections 105a, 2401 and 3202.

The object of the conspiracy charged in Racketeering Act 45 was for the conspirators to eliminate those people who were expected to testify as witnesses for the government in the murder trial of <u>United States v. Maurice Proctor a/k/a "PooPoo</u>," Criminal Case No. F9885-94, in the District of Columbia Superior Court, by killing the witnesses prior to their testimony.

In furtherance of this conspiracy and to effect the object thereof, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and another co-conspirator not indicted herein committed the following overt acts in the District of Columbia and the Commonwealth of Virginia:

(1) **CARSON, SWEENEY** and a co-conspirator not indicted herein discussed a plan whereby they would kill Kenneth Adams, an individual who was expected to testify at the trial of a co-conspirator.

(2) **CARSON, SWEENEY, COATES** and a co-conspirator not indicted herein drove to an address in Centerville, Virginia which **SWEENEY** believed to be the residence of Kenneth Adams in order to find and kill Kenneth Adams.

(3) **CARSON, SWEENEY** and a co-conspirator not indicted herein drove to the area of Kenneth Adams' residence in Centerville, Virginia and stashed a gun in a nearby wooded area in

47

order to facilitate future attempts to hunt for and kill Kenneth
Adams.

## Racketeering Act 46

On or about August 30, 1996, within the District of Columbia,
**SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted
herein, while armed with pistols, assaulted Popa Mark Phillip with
intent to murder him, in violation of 22 D.C. Code Sections 105,
503 and 3202.

## Racketeering Act 47

In or about October, 1996, within the District of Columbia,
**JEROME MARTIN, a/k/a "Pimp," SAMUEL CARSON, a/k/a "Chin," SEAN
COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein,
unlawfully, willfully, and knowingly did conspire and agree with
each other and with others to commit the crime of first degree
murder while armed (premeditated) of persons who were expected to
testify as witnesses for the government in the murder trial of
United States v. Jerome Martin, a/k/a "Pimp," Criminal Case No.
F8414-94, in violation of 22 D.C. Code Sections 105a, 2401 and
3202.

The object of the conspiracy charged in Racketeering Act 47
was for the conspirators to eliminate those people who were
expected to testify as witnesses for the government in the murder
trial of United States v. Jerome Martin, a/k/a "Pimp," Criminal

Case No. F8414-94, in the District of Columbia Superior Court, by killing them prior to their testimony.

In furtherance of this conspiracy and to effect the object thereof, **JEROME MARTIN, a/k/a "Pimp,"** and **SAMUEL CARSON, a/k/a "Chin,"** and other co-conspirators not indicted herein, committed the following overt acts in the District of Columbia:

(1)   Shortly before the trial, **SAMUEL CARSON, a/k/a "Chin,"** told a co-conspirator not indicted herein that he needed to "bust" a woman who lived on 37th Place, S.E. because that woman was scheduled to testify at "Pimp's trial."

(2)   **SAMUEL CARSON, a/k/a "Chin,"** enlisted the support of a co-conspirator not indicted herein in eliminating the witnesses at "Pimp's trial," telling him that they had to approach eliminating the witnesses like a job and that they had to do whatever was necessary to kill the witnesses.

(3)   On several occasions in 1996, **SAMUEL CARSON, a/k/a "Chin,"** and that co-conspirator not indicted herein waited outside the witnesses' homes in an attempt to locate and ambush them.

(4)   On or about October 5, 1996--four days before the trial of United States v. Jerome Martin, a/k/a "Pimp," Criminal Case No. F8414-94--**SAMUEL CARSON, a/k/a "Chin,"** and that co-conspirator not indicted herein spoke to an associate and learned that Chrishauna Gladden, one of the potential witnesses on the list

that **JEROME MARTIN, a/k/a "Pimp,"** had provided was attending a party at a house on 37th Place, S.E.

(5) On or about October 5, 1996, **SAMUEL CARSON, a/k/a "Chin,"** and that co-conspirator not indicted herein waited in an abandoned house across the alley from the house where the party was taking place until Chrishauna Gladden emerged from the house. When Chrishauna Gladden walked out the door, **SAMUEL CARSON, a/k/a "Chin,"** ran out of the abandoned house and shot Ms. Gladden to death.

## Racketeering Act 48

On or about October 5, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Chrishauna Gladden, by shooting her with a pistol on or about October 5, 1996, thereby causing injuries from which Chrishauna Gladden died on or about October 5, 1996, in violation of 22 D.C. Code Sections 2401 and 3202.

## Racketeering Act 49

The defendant named below committed the following acts, each of which alone constitutes the commission of Racketeering Act 49:

(a)  On or about November 17, 1996, in the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, while armed with a pistol, did attempt, by violence and by

putting in fear, to take and carry away money or other valuable property from the persons of Alonzo Gaskins, Darnell Mack and Melody Anderson, in violation of 27 M.D. Code, Sections 486 and 488.

(b)   On or about November 17, 1996, in the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, while armed with a pistol, in perpetrating or attempting to perpetrate the crime of attempted armed robbery as set forth in Paragraph a) of Racketeering Act 49, killed Alonzo Gaskins by shooting him with a pistol, thereby causing injuries from which Alonzo Gaskins died on or about November 17, 1996, in violation of 27 M.D. Code, Section 410.

(c)   On or about November 17, 1996, in the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, while armed with a pistol, in perpetrating or attempting to perpetrate the crime of attempted armed robbery as set forth in Paragraph a) of Racketeering Act 49, killed Darnell Mack by shooting him with a pistol, thereby causing injuries from which Darnell Mack died on or about November 17, 1996, in violation of 27 M.D. Code, Section 410.

(d)   On or about November 17, 1996, in the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper,"**

51

SEAN COATES, a/k/a "Birdy," and a co-conspirator not indicted herein, while armed with a pistol, in perpetrating or attempting to perpetrate the crime of attempted armed robbery as set forth in Paragraph a) of Racketeering Act 49, killed Melody Anderson by shooting her with a pistol, thereby causing injuries from which Melody Anderson died on or about November 17, 1996, in violation of 27 M.D. Code, Section 410.

(e)   On or about November 17, 1996, in the state of Maryland, SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy," and a co-conspirator not indicted herein,  while armed with a pistol, purposely and with deliberate and premeditated malice, killed Alonzo Gaskins by shooting him with a pistol, thereby causing injuries from which Alonzo Gaskins died on or about November 17, 1996, in violation of 27 M.D. Code, Section 407.

(f)   On or about November 17, 1996, in the state of Maryland, SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy," and a co-conspirator not indicted herein,  while armed with a pistol, purposely and with deliberate and premeditated malice, killed Darnell Mack by shooting him with a pistol, thereby causing injuries from which Darnell Mack died on or about November 17, 1996, in violation of 27 M.D. Code, Section 407.

(g)   On or about November 17, 1996, in the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Melody Anderson by shooting her with a pistol, thereby causing injuries from which Melody Anderson died on or about November 17, 1996, in violation of 27 M.D. Code, Section 407.

### Racketeering Act 50

Between in or about April 1997 and on or about June 17, 1997, within the District of Columbia and the state of Maryland, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and a co-conspirator not indicted herein, knowingly did conspire and agree with each other and with others to commit the crime of first degree murder while armed (premeditated) of Robert Smith, a/k/a "Butchie," in order to prevent Robert Smith from implicating them in the murders of Alonzo Gaskins, Darnell Mack and Melody Anderson on November 17, 1996, in violation of 22 D.C. Code Sections 105a, 2401 and 3202.

The object of the conspiracy charged in Racketeering Act 50 was for the conspirators to prevent Robert Smith from implicating and testifying against them regarding the triple murder on November 17, 1996.   In furtherance of this conspiracy and to effect the object thereof, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY,**

53

a/k/a "Draper," and a co-conspirator not indicted herein, committed the following overt acts in the District of Columbia and the state of Maryland:

(1) At some point after his arrest on April 20, 1997, **WILLIAM KYLE SWEENEY, a/k/a "Draper,"** told **SAMUEL CARSON, a/k/a "Chin,"** that he had admitted to Robert Smith, a/k/a "Butchie," that they had committed the triple murder on November 17, 1996 and asked **SAMUEL CARSON, a/k/a "Chin,"** to kill Smith.

(2) At some point after that conversation, **SAMUEL CARSON, a/k/a "Chin,"** told a co-conspirator not indicted herein that they needed to kill Robert Smith, and that they would not have to worry about being implicated in the November 17, 1996 triple murder once Robert Smith was dead.

(3) At some point after **SAMUEL CARSON, a/k/a "Chin,"** solicited the co-conspirator not indicted herein to murder Robert Smith, those two men spotted Robert Smith on Half Street, S.W., Washington, D.C.

(4) After spotting Robert Smith, **SAMUEL CARSON, a/k/a "Chin,"** and the co-conspirator not indicted herein drove to Carson's house, where Carson retrieved a gun and a hooded sweatshirt.

(5) **SAMUEL CARSON, a/k/a "Chin,"** and the co-conspirator not indicted herein then devised a plan whereby the following would take place: (a) the co-conspirator would drop **SAMUEL CARSON, a/k/a**

"Chin," off near where they had spotted Robert Smith; (b) **SAMUEL CARSON, a/k/a "Chin,"** would shoot Robert Smith to death and run back to the car; (c) the co-conspirator not indicted herein would then drive over the South Capitol Street bridge from which they would throw the gun in the river; and (d) they would continue on to the area of 37th Street, S.E. where they would establish an alibi for themselves by standing outside and being seen by other persons who could later say that they were in that area and not around Half Street, S.W. on the day of Robert Smith's murder.

(6)   In accordance with their plan, the co-conspirator not indicted herein dropped **SAMUEL CARSON, a/k/a "Chin,"** in the 1400 block of South Capitol Street, S.W.

(7)   **SAMUEL CARSON, a/k/a "Chin,"** walked through an alley from the 1400 block of South Capitol Street, S.W. toward where they had seen Robert Smith on Half Street, S.W.

(8)   **SAMUEL CARSON, a/k/a "Chin,"** came back to the car a short time later, telling the co-conspirator not indicted herein that he had been unable to commit the murder as Robert Smith was no longer on Half Street, S.W.

(**Conspiracy to Participate in Racketeer Influenced Corrupt Organization**, in violation of Title 18, United States Code, Section 1962(d))

*JUNE 29, 1989 MURDER OF LARRY WRIGHT*

## COUNT THREE

### FIRST-DEGREE MURDER WHILE ARMED OF LARRY WRIGHT

On or about June 29, 1989, within the District of Columbia, **VINCENT HILL, a/k/a "Vito,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Larry Wright by shooting him with a pistol on or about June 29, 1989, thereby causing injuries from which Larry Wright died on or about June 29, 1989.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 2401 and 3202)

*DECEMBER 19, 1989 MURDERS OF MAURICE HALLMAN AND LEONARD HYSON*

## COUNT FOUR

### FIRST-DEGREE MURDER WHILE ARMED OF MAURICE HALLMAN

On or about December 19, 1989, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Maurice Hallman, by shooting him with a pistol on or about December 19, 1989, thereby causing injuries from which Maurice Hallman died on or about December 19, 1989.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 105, 2401 and 3202)

## COUNT FIVE

### FIRST-DEGREE MURDER WHILE ARMED OF LEONARD HYSON

On or about December 19, 1989, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Leonard Hyson, by shooting him with a pistol on or about December 19, 1989, thereby causing injuries from which Leonard Hyson died on or about December 19, 1989.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 105, 2401 and 3202)

### *MARCH 22, 1991 MURDERS OF TERESA THOMAS AND TERITA LUCAS*

## COUNT SIX

### FIRST-DEGREE MURDER WHILE ARMED OF TERESA THOMAS

On or about March 22, 1991, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Teresa Thomas, by shooting her with a pistol on or about March 22, 1991, thereby

causing injuries from which Teresa Thomas died on or about March 22, 1991.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 2401 and 3202)

## COUNT SEVEN

### FIRST-DEGREE MURDER WHILE ARMED OF TERITA LUCAS

On or about March 22, 1991, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Terita Lucas, by shooting her with a pistol on or about March 22, 1991, thereby causing injuries from which Terita Lucas died on or about March 22, 1991.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 2401 and 3202)

### *AUGUST 6, 1991 MURDER OF ANTHONY FORTUNE*

## COUNT EIGHT

### FIRST-DEGREE MURDER WHILE ARMED OF ANTHONY FORTUNE

On or about August 6, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, purposely and with deliberate and premeditated malice, killed Anthony Fortune, by shooting him with a pistol on or about August 6, 1991, thereby causing injuries from which Anthony Fortune died on or about August 6, 1991.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 105, 2401 and 3202)

*SEPTEMBER 10, 1991 SHOOTING AT 60TH AND EAST CAPITOL STREETS*

## COUNT NINE

### ASSAULTING, RESISTING AND INTERFERING WITH OFC. LITTLE WITH A DANGEROUS WEAPON

On or about September 10, 1991, within the District of Columbia, **JEROME MARTIN, a/k/a "Pimp,"** and co-conspirators not indicted herein, without justifiable and excusable cause, and with deadly and dangerous weapons, that is, pistols, did assault, resist, oppose, impede, and interfere with Marc Little, a member of a police force operating in the District of Columbia, knowing him to be a police officer, while Marc Little was engaged in and on account of the performance of his official duties.

(**Assaulting, Resisting and Interfering with a Police Officer with a Dangerous Weapon**, in violation of Title 22, D.C. Code, Sections 105 and 505(b))

*JULY 7, 1993 MURDER OF GLENN JENKINS*

## COUNT TEN

### FIRST-DEGREE MURDER WHILE ARMED OF GLENN JENKINS

On or about July 7, 1993, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and co-conspirators not indicted herein, while armed with pistols, purposely and with deliberate and premeditated malice, killed Glenn Jenkins, by shooting him with a pistol on or about July 7, 1993,

thereby causing injuries from which Glenn Jenkins died on or about July 7, 1993.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 105, 2401 and 3202)

*OCTOBER 22, 1993 KIDNAPING AND SHOOTING OF ANTHONY PRYOR*

## COUNT ELEVEN

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF ANTHONY PRYOR

The defendants named below committed the following violent crime in aid of racketeering activity:

(1) At all times relevant to this Indictment, the racketeering enterprise, as more fully described in paragraphs One through Ten of Count Two of this Indictment, which are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.

(2) At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846,

and acts involving murder, kidnaping and robbery, in violation of Title 22, D.C. Code, Sections 103, 105, 105a, 106, 501, 503, 2101, 2401, 2901 and 3202 and Title 27, Maryland Code, Sections 12, 337, 407, 410, 486, and 488.

(3)  On or about October 22, 1993, in the state of Maryland, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **VINCENT HILL, a/k/a "Vito," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and others unknown to the Grand Jury unlawfully, willfully and knowingly, while armed with pistols, attempted to kidnap and murder, and assaulted Anthony Pryor with a dangerous weapon resulting in serious bodily injury, in violation of 27 M.D. Code, Sections 12, 337, 486 and 488.

**(Violent Crime in Aid of Racketeering Activity, in violation of Title 18, United States Code, Sections 2 and 1959(a)(3)&(5))**

<u>*OCTOBER 28, 1993 SHOOTING OF ROLAND BROWN*</u>

### <u>COUNT TWELVE</u>

### <u>ASSAULT WITH INTENT TO KILL WHILE ARMED OF ROLAND BROWN</u>

On or about October 28, 1993, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted

herein, while armed with pistols, assaulted Roland Brown with intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of Title 22, D.C. Code, Sections 501 and 3202)

*JUNE 26, 1994 SHOOTING OF ULYSSES ENGLISH*

## COUNT THIRTEEN

### ASSAULT WITH INTENT TO KILL WHILE ARMED OF ULYSSES ENGLISH

On or about June 26, 1994, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** while armed with a pistol, assaulted Ulysses English with intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of Title 22, D.C. Code, Sections 501 and 3202)

## COUNT FOURTEEN

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF ULYSSES ENGLISH

The defendant named below committed the following violent crime in aid of racketeering activity:

(1)  Paragraphs One and Two of Count 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)  On or about June 26, 1994, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an

enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **SAMUEL CARSON, a/k/a "Chin,"** unlawfully, willfully and knowingly, while armed with a pistol, attempted to murder and assaulted Ulysses English with a dangerous weapon resulting in serious bodily injury, in violation of 22 D.C. Code, Sections 501 and 3202.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3)&(5))

*SEPTEMBER 26, 1994 MURDER OF DONNELL "ROBOCOP" WHITFIELD*

### COUNT FIFTEEN

### FIRST-DEGREE MURDER WHILE ARMED OF DONNELL WHITFIELD

On or about September 26, 1994, within the District of Columbia, **WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Donnell Whitfield by shooting him with a pistol on or about September 26, 1994, thereby causing injuries from which Donnell Whitfield died on or about September 26, 1994.

(**First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 105, 2401 and 3202)

### COUNT SIXTEEN

### MURDER IN AID OF RACKETEERING ACTIVITY OF DONNELL WHITFIELD

The defendants named below committed the following violent crime in aid of racketeering activity:

(1)   Paragraphs One and Two of Count 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)   On or about September 26, 1994, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **WILLIAM KYLE SWEENEY, a/k/a "Draper,"** and a co-conspirator not indicted herein, unlawfully, willfully, knowingly, and with deliberate and premeditated malice, while armed with a pistol, killed Donnell Whitfield, by shooting him with a pistol, thereby causing injuries from which Donnell Whitfield died on or about September 26, 1994, in violation of 22 D.C. Code, Sections 105, 2401 and 3202.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

_MAY 30, 1995 SHOOTING OF JAMES "CREEKO" COULTER_

### COUNT SEVENTEEN

### ASSAULT WITH INTENT TO KILL WHILE ARMED OF JAMES COULTER

On or about May 30, 1995, within the District of Columbia,

**JEROME MARTIN, a/k/a "Pimp,"** while armed with a pistol, assaulted

James Coulter with intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of Title 22,
D.C. Code, Sections 501 and 3202)

### COUNT EIGHTEEN

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF JAMES COULTER

The defendant named below committed the following violent

crime in aid of racketeering activity:

(1)   Paragraphs One and Two of Count 11 of this Indictment are

realleged and incorporated by reference as though fully set forth

herein.

(2)   On or about May 30, 1995, in the District of Columbia, as

consideration for the receipt of, and as consideration for a

promise and an agreement to pay, anything of pecuniary value from

the enterprise, and for the purpose of gaining entrance to and

maintaining and increasing his position in the enterprise, an

enterprise engaged in racketeering activity, as set forth more

fully in Count Two of this indictment, **JEROME MARTIN, a/k/a "Pimp,"**

unlawfully, willfully and knowingly, while armed with a pistol,

attempted to murder and assaulted James Coulter with a dangerous

weapon resulting in serious bodily injury, in violation of 22 D.C.

Code, Sections 501 and 3202.

(**Violent Crime in Aid of Racketeering Activity**, in violation of
Title 18, United States Code, Section 1959(a)(3)&(5))

### *AUGUST 30, 1996 SHOOTING OF POPA MARK PHILLIP*

### COUNT NINETEEN

### ASSAULT WITH INTENT TO KILL WHILE ARMED OF POPA MARK PHILLIP

On or about August 30, 1996, within the District of Columbia,

**SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted

herein, while armed with pistols, assaulted Popa Mark Phillip with

intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of Title 22,
D.C. Code, Sections 105, 501 and 3202)

### COUNT TWENTY

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY
### OF POPA MARK PHILLIP

The defendants named below committed the following violent

crime in aid of racketeering activity:

(1)  Paragraphs One and Two of Count 11 of this Indictment are

realleged and incorporated by reference as though fully set forth

herein.

(2)  On or about August 30, 1996, in the District of Columbia,

as consideration for the receipt of, and as consideration for a

promise and an agreement to pay, anything of pecuniary value from

the enterprise, and for the purpose of gaining entrance to and

maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, unlawfully, willfully and knowingly, while armed with pistols, attempted to murder and assaulted Popa Mark Phillip with a dangerous weapon resulting in serious bodily injury, in violation of 22 D.C. Code, Sections 105, 501 and 3202.

**(Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(3)&(5))

### *OCTOBER 5, 1996 MURDER OF CHRISHAUNA GLADDEN*

### COUNT TWENTY-ONE

### FIRST-DEGREE MURDER WHILE ARMED OF CHRISHAUNA GLADDEN

On or about October 5, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, while armed with a pistol, purposely and with deliberate and premeditated malice, killed Chrishauna Gladden, by shooting her with a pistol on or about October 5, 1996, thereby causing injuries from which Chrishauna Gladden died on or about October 5, 1996.

**(First-Degree Murder While Armed**, in violation of Title 22, D.C. Code, Sections 2401 and 3202)

## COUNT TWENTY-TWO

## MURDER IN AID OF RACKETEERING ACTIVITY
## OF CHRISHAUNA GLADDEN

The defendant named below committed the following violent crime in aid of racketeering activity:

(1)   Paragraphs One and Two of Count 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)   On or about October 5, 1996, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **SAMUEL CARSON, a/k/a "Chin,"** and a co-conspirator not indicted herein, unlawfully, willfully, knowingly, and with deliberate and premeditated malice, while armed with a pistol, killed Chrishauna Gladden, by shooting her with a pistol, thereby causing injuries from which Chrishauna Gladden died on or about October 5, 1996, in violation of 22 D.C. Code, Sections 2401 and 3202.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

68

_OCTOBER 30, 1996 SHOOTING OF RONALD SOWELLS_

### COUNT TWENTY-THREE

### ASSAULT WITH INTENT TO KILL WHILE ARMED OF RONALD SOWELLS

On or about October 30, 1996, within the District of Columbia, **SAMUEL CARSON, a/k/a "Chin,"** and **SEAN COATES, a/k/a "Birdy,"** while armed with a pistol, assaulted Ronald Sowells with intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of Title 22, D.C. Code, Sections 105, 501 and 3202)

### COUNT TWENTY-FOUR

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF RONALD SOWELLS

The defendants named below committed the following violent crime in aid of racketeering activity:

(1)   Paragraphs One and Two of Count 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)   On or about October 30, 1996, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **SAMUEL CARSON, a/k/a "Chin,"** and **SEAN COATES, a/k/a "Birdy,"** unlawfully, willfully and

69

knowingly, while armed with a pistol, attempted to murder and assaulted Ronald Sowells with a dangerous weapon resulting in serious bodily injury, in violation of 22 D.C. Code, Sections 105, 501 and 3202.

**(Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(3)&(5))

<u>*NOVEMBER 17, 1996 TRIPLE MURDER*</u>

### COUNT TWENTY-FIVE

### MURDER IN AID OF RACKETEERING ACTIVITY OF ALONZO GASKINS

The defendants named below committed the following violent crime in aid of racketeering activity:

(1)   Paragraphs One and Two of Count 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)   On or about November 17, 1996, within the state of Maryland, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, unlawfully, willfully, knowingly, and with deliberate and premeditated malice, and in the

perpetration of, or attempt to perpetrate, the crime of robbery, while armed with a pistol, killed Alonzo Gaskins, by shooting him with a pistol, thereby causing injuries from which Alonzo Gaskins died on or about November 17, 1996, in violation of 27 M.D. Code, Sections 407 and 410.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

### COUNT TWENTY-SIX

### MURDER IN AID OF RACKETEERING ACTIVITY OF DARNELL MACK

The defendants named below committed the following violent crime in aid of racketeering activity:

(1)   Paragraphs One and Two of Count 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)   On or about November 17, 1996, within the state of Maryland, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, unlawfully, willfully, knowingly, and with deliberate and premeditated malice, and in the

71

perpetration of, or attempt to perpetrate, the crime of robbery, while armed with a pistol, killed Darnell Mack, by shooting him with a pistol, thereby causing injuries from which Darnell Mack died on or about November 17, 1996, in violation of 27 M.D. Code, Sections 407 and 410.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

## COUNT TWENTY-SEVEN

### MURDER IN AID OF RACKETEERING ACTIVITY
### OF MELODY ANDERSON

The defendants named below committed the following violent crime in aid of racketeering activity:

(1)   Paragraphs One and Two of Count 11 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)   On or about November 17, 1996, within the state of Maryland, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, as set forth more fully in Count Two of this indictment, **SAMUEL CARSON, a/k/a "Chin," WILLIAM KYLE SWEENEY, a/k/a "Draper," SEAN COATES, a/k/a "Birdy,"** and a co-conspirator not indicted herein, unlawfully, willfully, knowingly, and with deliberate and premeditated malice, and in the

72

perpetration of, or attempt to perpetrate, the crime of robbery, while armed with a pistol, killed Melody Anderson, by shooting her with a pistol, thereby causing injuries from which Melody Anderson died on or about November 17, 1996, in violation of 27 M.D. Code, Sections 407 and 410.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

<u>**COUNTS 28-37**</u>

<u>**USE OF A FIREARM**</u>

On or about the dates set forth below, in the District of Columbia, the defendants named below did knowingly, willfully and unlawfully use and carry a firearm during and in relation to a crime of violence and a drug trafficking crime, which are felonies prosecutable in a court of the United States, as set forth below and as further described in counts and overt acts of Count One of this indictment which are realleged and incorporated as if fully set forth herein:

| CT | DATE | DEFENDANTS | PREDICATE OFFENSE | FOUND IN COUNT NO. |
|----|------|-----------|-------------------|--------------------|
| 28 | 10-22-93 | **VINCENT HILL WILLIAM SWEENEY SEAN COATES** | RICO Assault 18 U.S.C. §1959 (Anthony Pryor: Victim) | 11 |
| 29 | 6-26-94 | **SAMUEL CARSON** | RICO Assault 18 U.S.C. §1959 (Ulysses English: Victim) | 14 |

| 30 | 9-26-94 | **WILLIAM SWEENEY** | RICO Murder<br>18 U.S.C. §1959<br>(Donnell Whitfield:<br>Decedent) | 16 |
| 31 | 5-30-95 | **JEROME MARTIN** | RICO Assault<br>18 U.S.C. §1959<br>(James Coulter:<br> Victim) | 18 |
| 32 | 8-30-96 | **SAMUEL CARSON** | Rico Assault<br>18 U.S.C. §1959<br>(Popa Mark Phillip:<br> Victim) | 20 |
| 33 | 10-5-96 | **SAMUEL CARSON** | RICO Murder<br>18 U.S.C. §1959<br>(Chrishauna Gladden:<br> Decedent) | 22 |
| 34 | 10-30-96 | **SAMUEL CARSON<br>SEAN COATES** | RICO Assault<br>18 U.S.C. §1959<br>(Ronald Sowells:<br> Victim) | 24 |
| 35 | 11-17-96 | **SAMUEL CARSON<br>WILLIAM SWEENEY<br>SEAN COATES** | RICO Murder<br>18 U.S.C. §1959<br>(Alonzo Gaskins:<br> Decedent) | 25 |
| 36 | 11-17-96 | **SAMUEL CARSON<br>WILLIAM SWEENEY<br>SEAN COATES** | RICO Murder<br>18 U.S.C. §1959<br>(Darnell Mack:<br> Decedent) | 26 |
| 37 | 11-17-96 | **SAMUEL CARSON<br>WILLIAM SWEENEY<br>SEAN COATES** | RICO Murder<br>18 U.S.C. §1959<br>(Melody Anderson:<br> Decedent) | 27 |

(**Use of a Firearm**, in violation of Title 18, United States Code, Sections 2 and 924(c))

## COUNTS 38-45

### POSSESSION OF A FIREARM DURING CRIME
### OF VIOLENCE OR DANGEROUS OFFENSE

On or about the dates set forth below, in the District of Columbia, the defendants named below did possess a firearm, that is, a pistol or imitation thereof, while committing the specified crimes of violence and dangerous crimes as set forth in the specified counts of this indictment which are realleged and incorporated by reference as if fully set forth herein:

| CT | DATE | DEFENDANTS | PREDICATE OFFENSE | FOUND IN COUNT NO. |
|---|---|---|---|---|
| 38 | 7-7-93 | **WILLIAM SWEENEY SEAN COATES** | First Degree Murder While Armed 22 D.C. Code §§ 2401 and 3202 (Glenn Jenkins: Decedent) | 10 |
| 39 | 10-28-93 | **SAMUEL CARSON** | Assault With Intent To Kill While Armed 22 D.C. Code §§ 501 and 3202 (Roland Brown: Victim) | 12 |
| 40 | 6-26-94 | **SAMUEL CARSON** | Assault With Intent To Kill While Armed 22 D.C. Code §§ 501 and 3202 (Ulysses English: Victim) | 13 |
| 41 | 9-26-94 | **WILLIAM SWEENEY** | First Degree Murder While Armed 22 D.C. Code §§ 2401 and 3202 (Donnell Whitfield: Decedent) | 15 |

75

| 42 | 5-30-95 | **JEROME MARTIN** | Assault With Intent To Kill While Armed 22 D.C. Code §§ 501 and 3202 (James Coulter: Victim) | 17 |
| 43 | 8-30-96 | **SAMUEL CARSON** | Assault With Intent To Kill While Armed 22 D.C. Code §§ 501 and 3202 (Popa Mark Phillip: Victim) | 19 |
| 44 | 10-5-96 | **SAMUEL CARSON** | First Degree Murder While Armed 22 D.C. Code §§ 2401 and 3202 (Chrishauna Gladden: Decedent) | 21 |
| 45 | 10-30-96 | **SAMUEL CARSON SEAN COATES** | Assault With Intent To Kill While Armed 22 D.C. Code §§ 501 and 3202 (Ronald Sowells: Victim) | 23 |

(**Possession of Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, D.C. Code, Sections 105 and 3204(b))

## COUNTS 46-62

## DISTRIBUTION OF CONTROLLED SUBSTANCES

On or about the dates set forth below, in the District of Columbia, Maryland and elsewhere, the defendants named below did, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2, unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule

II controlled substance, as more fully set forth in the specified
overt acts of Count One, which are realleged and incorporated by
reference herein:

| Ct. | Defendant or Co-Conspirator | Nature of Offense/Date | Overt Act | Violation |
|------|------|------|------|------|
| 46 | **VINCENT HILL** | Dist. Marijuana (October 4, 1995) | OA 31 | 21 U.S.C. §841 (a)(1) |
| 47 | **VINCENT HILL** | Dist. Marijuana (November 2, 1995) | OA 32 | 21 U.S.C. §841 (a)(1) |
| 48 | **VINCENT HILL** | Dist. Marijuana (November 3, 1995) | OA 33 | 21 U.S.C. §841 (a)(1) |
| 49 | **VINCENT HILL JEROME MARTIN** | Dist. Marijuana (November 15, 1995) | OA 34 | 1 U.S.C. §841 (a)(1) |
| 50 | **VINCENT HILL** | Dist. Marijuana (November 16, 1995) | OA 35 | 21 U.S.C. §841 (a)(1) |
| 51 | **VINCENT HILL** | Dist. Marijuana (November 28, 1995) | OA 36 | 21 U.S.C. §841 (a)(1) |
| 52 | **VINCENT HILL** | Dist. Marijuana (November 29, 1995) | OA 37 | 21 U.S.C. §841 (a)(1) |
| 53 | **JEROME MARTIN** | Dist. Marijuana (December 6, 1995) | OA 38 | 21 U.S.C. §841 (a)(1) |
| 54 | **VINCENT HILL** | Dist. Marijuana (December 8, 1995) | OA 39 | 21 U.S.C. §841 (a)(1) |
| 55 | **JEROME MARTIN** | Dist. Marijuana (December 13, 1995) | OA 40 | 21 U.S.C. §841 (a)(1) |
| 56 | **VINCENT HILL** | Dist. Marijuana (December 13, 1995) | OA 41 | 21 U.S.C. §841 (a)(1) |
| 57 | **VINCENT HILL** | Dist. Marijuana (December 13, 1995) | OA 42 | 21 U.S.C. §841 (a)(1) |
| 58 | **VINCENT HILL** | Dist. Marijuana (December 15, 1995) | OA 43 | 21 U.S.C. §841 (a)(1) |

| 59 | **VINCENT HILL** | Dist. Marijuana (February 14, 1996) | OA 46 | 21 U.S.C. §841 (a)(1) |
| 60 | **VINCENT HILL** | Dist. Marijuana (February 20, 1996) | OA 47 | 21 U.S.C. §841 (a)(1) |
| 61 | **VINCENT HILL** | Dist. Marijuana (March 5, 1996) | OA 50 | 21 U.S.C. §841 (a)(1) |
| 62 | **VINCENT HILL** | Dist. Marijuana (March 15, 1996) | OA 51 | 21 U.S.C. §841 (a)(1) |

(**Distribution of Controlled Substances**, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNTS 63-64

### POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES

On or about the dates set forth below, in the District of Columbia, Maryland and elsewhere, the defendants named below, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2, unlawfully, knowingly and intentionally did possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedules II controlled substance, as more fully set forth in the specified overt acts of Count One, which are realleged and incorporated by reference herein:

| Ct. | Defendant or Co-Conspirator | Nature of Offense/Date | Overt Act | Violation |
|-----|------------------------------|------------------------|-----------|-----------|
| 63 | **VINCENT HILL** | PWID Marijuana (September 27, 1995) | OA 30 | 21 U.S.C.§841 (a)(1) |
| 64 | **JEROME MARTIN** | PWID Marijuana (February 1, 1996) | OA 45 | 21 U.S.C.§841 (a)(1) |

(**Possession with Intent to Distribute Controlled Substances**, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia

79