1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      .   Docket No. CR 98-329

        Government,         .   Washington, D.C.
                       .   June 26, 2001
   vs.                    .   2:18 p.m.

VINCENT HILL,              .   (AFTERNOON SESSION)
JEROME MARTIN,
SAMUEL CARSON,
WILLIAM K. SWEENEY,        **FILED**
SEAN COATES,

        Defendants        .   MAR 1 1 2003

.  .  .  .  .  .  .  .  .  .  .  .  .  .   NANCY MAYER WHITTINGTON, CLERK
                              U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       .

        Government,         .

                       .   Docket No. CR 99-348
   vs.                    .

GARY PRICE,               .

        Defendant.         .

.  .  .  .  .  .  .  .  .  .  .  .  .  .

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE THOMAS P. JACKSON
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Government:           PETER ZEIDENBERG, AUSA
                            ANJALI CHATURVEDI, AUSA
                            U.S. Attorney's Office
                            555 Fourth Street, N.W.
                            Washington, D.C.  20001

For the Defendant Hill:       CHRISTOPHER DAVIS, ESQ.
                            601 Indiana Avenue, N.W.
                            Suite 910
                            Washington, D.C.  20004

For the Defendant Martin:     JOANNE HEPWORTH, ESQ.
                            305 H Street, N.W.
                            Second Floor
                            Washington, D.C.  20001



2

```
For the Defendant Carson:      JOSEPH BESHOURI, ESQ.
                               LEXI NEGIN-CHRIST, ESQ.
                               419 7th Street, N.W.
                               Washington, D.C.  20004

For the Defendant Sweeney:     STEVEN R. KIERSH, ESQ.
                               717 D Street, N.W.
                               Suite 400
                               Washington, D.C.  20004

For the Defendant Coates:      FREDERICK JONES, ESQ.
                               901 6th Street, S.W.
                               Suite 409
                               Washington, D.C.  20024

For the Defendant Price:       JONATHAN ZUCKER, ESQ.
                               601 Indiana Ave., N.W.
                               Suite 901
                               Washington, D.C.  20024

Court Reporter:                BEVERLY J. BYRNE
                               Official Court Reporter
                               Room 6810 U.S. Courthouse
                               Washington, D.C.  20001
                               (202) 273-0899
```

Proceedings reported by stenomask, transcript produced from dictation.

3

P R O C E E D I N G S

THE COURT:  Ready for the jury?

MS. CHATURVEDI:  Yes, sir.

(Jury In.)

MS. CHATURVEDI:  Ladies and gentlemen, we broke at
the lunch hour.  I was starting to describe for you the
artillery that the K Street crew had amassed over the course
of the time that it was in existence out on the street.

I was telling you that the FBI, members of the
Metropolitan Police Department, and law enforcement officers
from Prince George's County over the course of 10 years came
to seize a number of weapons from members of the K Street
Crew.

I pointed out to you that the guns that you saw in
this courtroom, ladies and gentlemen, are probably only a drop
in the bucket as opposed to the numbers of guns that you heard
that the K Street Crew had and used during the course of this
conspiracy.

And what I'd like to do now is to go through with
you some of the weapons that have been seized and go over the
circumstances under which the law enforcement officers that
seized them got them.

Up top here is the Tec-9, the gun I told you earlier
was the gun seized from that rental car that Jerome Martin had
up on 37th back in October of 1991.  Not long after Officer

4

1    Tyrone Best seized this Tec-9, you came to learn that Sam

2    Carson and Maurice Proctor, back on October 26, 1991 were also

3    stopped.

4            They were stopped in a car after having been engaged

5    in a high speed chase with police officers.  Remember, that's

6    the case where they were up at 8th and H Street, Northeast,

7    and raced until 8th and Massachusetts Avenue and got into a

8    car crash.  Remember Sam Carson ran away and Maurice Proctor

9    was there stunned.  He tried to get away later when the

10   ambulance showed up.

11           And in the course of that stop, when the police

12   officers got to that crash scene, they got this .45 Colt

13   semiautomatic weapon.  You learned that Mr. Carson admitted

14   his responsibility to the possession of that weapon back when

15   he pled guilty to that crime.

16           Then you heard, ladies and gentlemen, not even a

17   year later, January 23, 1992, a search warrant was executed up

18   on 37th.  You heard that during the execution of that search

19   warrant, Jerome Martin was in that house.  And as the police

20   officers entered that house, when they had to forcibly enter

21   into that house, Jerome Martin ran from the police, and he ran

22   from the police because he had in his possession this 9

23   millimeter Taurus semiautomatic weapon.

24           And you know that wasn't the only gun seized from

25   37th Place that day.  From that same apartment the members of

5

1   the Metropolitan Police Department also seized this 9

2   millimeter Smith & Wesson, along with this second one.   And

3   from that apartment, ladies and gentlemen, you heard that the

4   police seized other pieces of evidence.

5          They found a police radio in that apartment.   They

6   found a bullet-proof vest that Mr. Martin -- that was close to

7   where Mr. Martin was found in that bedroom.   And finally, you

8   heard they found a box, a box designed to hold a Tec-9, and

9   inside that box there were two scopes used to make it easier

10  for someone using that weapon to identify and locate a target.

11         A few months later, ladies and gentlemen, you heard

12  about this .357 revolver.   Now, this revolver was seized

13  during the course of what you heard was a shooting on a police

14  officer, Alfred Moss.   I want to get to this incident in a few

15  minutes.   You remember that's the incident where Sean Coates

16  -- I'm sorry, where Maurice Proctor and Sam Carson were

17  stopped having tried to plan a kidnapping, where the police

18  not only seized this weapon but they found duct tape and

19  gloves.

20         October 27, 1992, there were a lot of guns seized

21  that day, ladies and gentlemen.   Out on Yoakum Parkway,

22  remember that apartment out in Virginia?   You heard from

23  Special Agent Donnie Ackerman who came up from Atlanta to

24  testify about that search warrant.

25         And he told you a couple of things about that search

6

1    warrant.  He told you that not only did the police seize a 12

2    gauge Mossburg shotgun, and not only did the police seize a

3    Tec-9, but the police got a 9 millimeter Beretta.  And the

4    circumstances under which they got that Beretta were described

5    to you.

6             After they did the search warrant, officers waited

7    outside.  There were law enforcement officers from the FBI,

8    from ATF I think he said, and DEA, and they were waiting

9    outside the apartment, because Mr. Martin, who they believed

10   lived in the apartment, wasn't home.

11            And, of course, as they waited, you heard what

12   happened.  Jerome Martin came home that evening.  He went into

13   the house, came out a minute or two later, and when the FBI

14   identified themselves, what did Jerome Martin do?  He ran, and

15   as he ran, he tossed this 9 millimeter Beretta which was

16   seized by the FBI and brought into this courtroom for you as

17   evidence.

18            That wasn't the only Tec-9 associated with Jerome

19   Martin.  You've got one from back in October of 1991.  You've

20   got two October 27, 1992, and there had been one seized

21   earlier from Jerome Martin's person as well.

22            April 22, 1992, once again Jerome Martin tried to

23   run.  Southeast Freeway, remember Officer Bach?  I think he

24   came in from Arizona, a retired police officer.  He told you

25   how he got into a chase with Jerome Martin.  How Jerome Martin

1   got out of a car and ran, and that when the officer was able

2   to stop him, Jerome Martin admitted, yes, in fact, he did have

3   that Tec-9 on him, and a Tec-9 was seized from Mr. Martin on

4   that day.

5          Ladies and gentlemen, this is one board.  We've got

6   another one.  Start down here on the bottom, 1993.  1993, Sean

7   Coates was in a car by the East Side Nightclub.  You heard

8   from Detective Jimmy Broadbent.  He told you that he was

9   working, I think he called it, the Rapid Deployment Unit, RDU,

10  overtime that night down by the nightclub.

11         And the car that Sean Coates was seated in was

12  pulled over for a traffic violation.  And once the officers

13  turned -- pulled that car over, they turned their attention to

14  what was inside the car.

15         And an officer was able to see that, in fact, there

16  was a gun in the back seat of that car, a Ruger 9 millimeter

17  in the back of that car.  And at that point the police

18  officers pulled all of the occupants of that car out, Kyle

19  Knight, Aaron Patrick Jones, and Sean Coates.

20         All three of them pulled out of that car, and what

21  do the police officers find then at the feet of Sean Coates?

22  Another gun, this Glock 9 millimeter at Mr. Coates' feet.

23         And before I get off this stop, let me remind you a

24  little bit about Aaron Patrick Jones.  Aaron Patrick Jones is

25  looking at you in that photograph holding a Tec-9, ladies and

8

1    gentlemen.

2         That photograph that you saw over and over again,

3    that photograph which includes not only Aaron Patrick Jones,

4    but, of course, Jerome Martin and another 37th Place Crew

5    member, Antonio Knight, Pug.  That man in the middle holding

6    that gun was with Sean Coates back on January 7, 1993, when

7    the police seized these two weapons.

8         And that wasn't it, ladies and gentlemen.  There's

9    more.  You heard that in 1994, agents from the Safe Streets

10   Task Force in connection with the Metropolitan Police

11   Department executed a search warrant at 211 I Street,

12   Southeast, the home of Ethel Sweeney.  Also the home, as you

13   know, of her grandson, William Sweeney, Draper.

14        And during the execution of that search warrant,

15   ladies and gentlemen, the FBI located three weapons, a 9

16   millimeter Makrov, a 9 millimeter Star, and a 9 millimeter

17   Beretta.  That 9 millimeter Beretta I'm going to get back to

18   in a little bit.

19        But you might recall that gun, because that's the

20   gun that Agent Lisi found when he went in the back of a TV

21   set.  Remember him telling you that he had gotten a tip some

22   time before from someone that he worked with that sometimes

23   guns are hidden in TV sets.

24        So as to not leave any stone not unturned, Agent

25   Lisi pulled back that TV set, and he got that 9 millimeter

9

1    Beretta, and the significance of that, of course, ladies and

2    gentlemen, is that 9 millimeter Beretta that came from William

3    Sweeney's house -- by the way, Mr. Sweeney was in the house at

4    the time -- but that 9 millimeter Beretta, that was the murder

5    weapon for Donnell Whitfield.

6              Then, of course, ladies and gentlemen, we have more

7    guns than that.  Metropolitan Police Department in connection

8    with the FBI went diving in the Potomac River.  You heard that

9    in November of 1996, you heard from Officer Walsh, that he was

10   given information about a weapon being perhaps in the river,

11   and he told you how he made a number of dives, including the

12   one on October 30, 1996, when he went down into the river --

13   sorry, the gun was recovered in November of 1997, but it was

14   linked to, this .30 Carbine that was recovered, it was linked

15   to a shooting which had occurred on October 30, 1996, the

16   shooting that I mentioned to you earlier today, the shooting

17   of Popa Mark -- sorry, the shooting that I mentioned to you

18   earlier today, the shooting of Ronald Sowells.

19             That shooting, ladies and gentlemen, this is the

20   weapon that was used to shoot Manute.  Then, of course, as I

21   started to say, there was a gun that was linked to the

22   shooting of Popa Mark Phillip.

23             I told you this morning that the police seized shell

24   casings from the scene of the Popa Mark Phillip shooting, and

25   that a couple of months later Raymond Washington was stopped,

1    and Raymond Washington was found to be in possession of a

2    weapon.

3         That weapon is this .40 caliber Glock. And you know

4    that this .40 caliber Glock was used to commit the shooting of

5    Popa Mark Phillip, because you had an eyewitness who was

6    there, and you had a firearms expert who linked this gun to

7    those shell casings.

8         Last but not least, ladies and gentlemen, you have

9    the gun that was seized on November 21, 1996, from Vincent

10   Hill. That gun was seized after Vincent Hill engaged in a

11   chase with police officers. That's the day that Vincent Hill

12   took that gun and pointed it at Officer Farley who testified

13   to you.

14        You heard from Officer Farley that once Vincent Hill

15   pointed that gun at him, the officer took a shot at Vincent

16   Hill, believing at the time that Vincent Hill was trying to

17   kill him. Thankfully Officer Farley was fine, and due to his

18   good police work, yet another gun was seized from one of the K

19   Street Crew members.

20        The weapons that you've seen in this courtroom,

21   ladies and gentlemen, what I've called them is the tools of

22   the trade. They are the means by which these men armed

23   themselves and they committed so many of the crimes that

24   you've heard about over the course of the last 10 years.

25        When I was talking to you about the seizing of the

11

1  weapons, the first gun that I made reference to was the gun in

2  October of 1991 that was seized up on 37th.  And that gun was

3  seized during the beef between 37th and 58th.

4        Now, we've talked now about the murder of Tony

5  Fortune, for which Jerome Martin and Sam Carson are

6  responsible.  We've talked about the shooting at 60th and East

7  Capitol where, again, Jerome Martin, Sam Carson are

8  responsible.

9        But you know that beef between 58th and 37th and

10  Southwest didn't end back in 1991.  You know that that beef

11  continued well into the 1990's.  And you know it because on

12  June 26, 1994, as the result of the beef between 58th and

13  37th, somebody was shot.

14        On June 26, 1994, Sam Carson, seated in the back,

15  Sam Carson, Chin, tried to murder Ulysses English, Lou.  And

16  the reason that you know, ladies and gentlemen, that this had

17  to do with the 58th Street beef is because James Montgomery,

18  Sam Carson's close, close friend, James Montgomery told you

19  that.

20        You may recall that Sam Carson said to James that

21  Sam Carson was mad at Ulysses English, because Ulysses English

22  was related to Keith Holmes, a name you're familiar with from

23  58th.  And Sam Carson believed that Ulysses English had

24  provided to Keith Holmes Sam Carson's address, and as

25  punishment for that, you know what Sam Carson did.

1    You know that in June of 1994, June 26, 1994, Sam

2   Carson crept up on Ulysses English in that courtyard in the

3   200 block of K Street. And you know what he did in that

4   courtyard because you had two eyewitnesses to that crime.

5    Manute Sowells was just down the street, a couple of

6   car lengths away. He had a full view. That wasn't the only

7   person. From across the street you had Demetrius Hunter,

8   Meechie. Both Meechie and Manute were out there that night.

9   Both Meechie and Manute told you that they saw Sam Carson come

10   up and shoot Ulysses English.

11    They told you in this courtroom, and as you heard

12   during the course of this trial, Demetrius Hunter previously

13   said the same thing to Special Agent Kristen Kane. Manute

14   Sowells said the same thing to Special Agent Vince Lisi. And

15   the same thing, the thing that the evidence shows you

16   happened, is that Sam Carson tried to kill Ulysses English

17   because of that beef with 58th.

18    And, ladies and gentlemen, the shooting of Ulysses

19   English is not the only shooting that Sam Carson did down in

20   Southwest. A few months before you heard what Sam Carson did

21   to Roland Brown, Roland Brown whose nickname you may remember

22   being Deadman. And I asked him why it was people called him

23   Deadman. He said because he always stays one step ahead of

24   death.

25    Back in October, 1993, he was barely one step ahead

13

1     of death when he got shot five times by Sam Carson.   And

2     remember why it was that Roland Brown was shot.   Roland Brown

3     went down to K Street, went down to Delaware Avenue, Southwest

4     looking to buy some marijuana.

5            And Roland Brown went across the street, as you

6     heard, and tried to use a tree to urinate on.   He also at some

7     point when he went to go buy the marijuana was squeezing the

8     bags, which nobody that was out there selling liked.

9            And for those simple acts of disobedience, Sam

10    Carson took it upon himself to take a gun from one of his

11    friends and to chase that man down the street, shooting him.

12    And you know the reason why it happened the way I've just

13    described it to you is because there was somebody that was

14    there and that was watching, Manute Sowells.

15           Manute Sowells is right there with Chin.   In fact,

16    he was the one who gave Chin the shooting weapon.   He gave him

17    the gun that Sam Carson used to shoot Roland Brown.   So Manute

18    came into this courtroom, and he told you, I gave Sam Carson

19    the weapon.

20           He didn't have to do that.   If he's just trying to

21    protect himself, wouldn't he say Sam came in with a gun on his

22    own?   No, he told you, yeah, I gave the gun to Sam.   Sam

23    chased this drug buyer, marijuana buyer, down the street

24    shooting at him.

25           And you know Manute is telling you the truth because

14

1    Manute told you something else. Manute told you that not only
2    did he give the gun to Chin that was used for the shooting,
3    Manute told you that his good friend, Billy Bumbrey, assisted
4    in that shooting. So Manute not only implicated himself in
5    this crime, Manute also placed blame for this shooting on his
6    good friend, Billy Bumbrey.

7         And let me say this about Manute, something else
8    that you heard about during this trial. Manute told you that
9    after Roland Brown was shot, after the man was laying there,
10   he went around back behind one of the buildings on Delaware,
11   and he was met back there by Sam Carson.

12        And Sam Carson was upset. Said something about the
13   gun jamming, and he wasn't able to use the gun that well
14   because the gun had jammed. And Manute said he looked inside
15   the gun, and the clip was empty, the magazine was empty, so he
16   didn't know what he was talking about.

17        Well, remember what you heard from Sergeant Dave
18   Sargent and Special Agent Steve Casper that when a gun is
19   jammed, there is a method to clear it. And that when you
20   clear the gun, the live round is going to pop out. And you
21   know, don't you, that two live rounds were, in fact, found on
22   that shooting scene.

23        And you do know the fact that Steve Casper told you
24   that there were markings left on those two live rounds that
25   showed that the gun -- that the bullets had been jammed and

15

1   had been discharged from the gun trying to clear them.  So you

2   know, ladies and gentlemen, that Sam Carson is responsible for

3   the shooting of Roland Brown back on K Street in 1993.

4       We talked about the beef with Kentucky Courts, and

5   we've talked about the beef with 58th.  Of course, there was

6   more than that.  There was a beef that developed against

7   Condon Terrace.  That beef you heard about began in the early

8   1990's.

9       And the genesis, the beginning of that beef was a

10  couple of things.  You heard about there being a problem over

11  in Cherry's Skating Rink.  There was something that went on

12  with Meechie in the skating rink.  You also, of course, heard

13  that Dihru got killed, Wayne Perry's nephew.

14      And that once Wayne Perry got killed, all of K

15  Street believed that Condon Terrace was responsible for that.

16  But whatever the genesis, whatever the beginning, like I told

17  you before over and again, an attack on one of them was an

18  attack on all of them.  So once Condon Terrace was added to

19  the list, you know that K Street came together and went at

20  them.

21      You heard from Arthur Rice who told you that Meechie

22  and Birdy and Poo-Poo, Maurice Proctor, all were at the Exxon

23  station at South Capitol Street and that there was a shooting

24  there.  No evidence anyone got hit that day.

25      You did hear, however, that on June 20, 1992, there

16

1    was to be a casualty of this war with Condon Terrace.  And the

2    casualty of that war, the person that was harmed on that day,

3    was Jermaine Hall.

4         Jermaine Hall told you that back on June 20, 1992,

5    he was at the Exxon station and a Wendy's by some telephone

6    booths.  He was there with his friends, Michael Jones and

7    Montell Heard.

8         And while the three men were at this phone booth,

9    Michael Jones got out of the car and went to make a phone

10   call, to return a page he said that night.  And while they

11   were waiting, someone came up to the car and opened fire.

12        Jermaine Hall was hit.  And as a result of the

13   injuries he sustained that evening, you know that he will have

14   epilepsy for the rest of his life.  He will only have 65

15   percent use of one of his arms.  He doesn't remember much more

16   than that of that night.

17        But there are witnesses to that crime, separate and

18   apart from Jermaine Hall.  You know that Clifton Edwards,

19   Meechie, whose photograph is on the bottom second on the left,

20   Clifton Edwards, Meechie.  Clifton Edwards pled guilty to the

21   shooting of Jermaine Hall.  He went into a courtroom and

22   ·acknowledged his responsibility to that shooting.

23        What he didn't tell the judge, but what he told his

24   good friend, James Montgomery, was that Birdy and Poo-Poo were

25   with him at the time he committed that shooting.  And, ladies

17

1    and gentlemen, you heard that the shooting that Jermaine Hall

2    sustained, these wounds that he suffered, that it didn't end

3    on June 20, 1992.

4           You know that although Clifton Edwards, Meechie,

5    pled guilty, that was the last thing in the world he'd wanted

6    to do.  You may recall James Montgomery telling you Sam Carson

7    let him know that they would all go to court for Meechie's

8    case.

9           K Street in the courthouse, Condon Terrace in the

10   courthouse.  And that beef that they had on the street, they

11   carried to the courts.  Chin told them, let my man come home

12   so we can take care of it out here.  And that is what they had

13   wanted to do.  That's how they wanted to handle things, not in

14   a courtroom, but on the street.

15          And you heard the way they wanted to handle this

16   incident on June 20, 1992, was to murder one of the witnesses

17   to that crime, Michael Jones.  Eight days, eight days after

18   Jermaine Hall was gunned down, his good friend, Michael Jones,

19   was gunned down as well.

20          And Michael Jones, you know, was gunned down because

21   he was a witness in a case against Clifton Edwards.  And you

22   know that because Clifton Edwards was incarcerated after he

23   shot Jermaine Hall.  He had to turn to his friends, to his

24   family to step up for him.

25          So what did he do?  You heard that Clifton Edwards

18

1    while he was locked up called down to his grandmother's house

2    and had a conversation with Arthur Rice and with Sean Coates.

3    And in the course of that conversation Jermaine Hall made it

4    clear what was to happen to Michael Jones.

5         So when Sean Coates gets off the phone, ladies and

6    gentlemen, Sean Coates tells Arthur Rice, we got to go take

7    care of this witness.  And where do they go from there?

8    Arthur Rice told you that he and Raymond Washington and Gus

9    and Birdy went up looking for Michael Jones.

10         And let me add one more person.  Robert Smith,

11   Butchie, told Agent Lisi that Draper had confessed to him that

12   Draper had gone along as well, too.  And you heard from Agent

13   Lisi that Arthur Rice had said the same thing.

14         So these men, these defendants, go up looking to

15   kill a witness.  June 28, 1992, Michael Jones is in a back

16   alley being chased down and gunned down by Sean Coates.

17   Amazingly enough, Michael Jones survived.

18         And as a result of that, because Meechie's family

19   failed him, you heard that Clifton Edwards had to take a plea

20   to that shooting that he did just a week before of Jermaine

21   Hall.

22         1992, June of 1992, that was a shooting directly as

23   a result of the beef with Condon Terrace, and one year later

24   the beef lived on.  You know that in July of 1993, Glen

25   Jenkins was murdered by William Sweeney, Draper, and Sean

1   Coates, Birdy.

2           And recall if you will why it was that Glen Jenkins,

3   who had nothing to do with anything regarding that beef,

4   nothing at all, why it was that Glen Jenkins was murdered.

5   You know why he was murdered because you know what happened

6   the day before the murder of Glen Jenkins.

7           You know on July 6, 1993, down in the 200 block of K

8   Street, Reginald Switzer and Paul Franklin were shot, and that

9   they believed, along with their friends, that the people

10  responsible for that shooting were Condon Terrace.

11          Paul Franklin told you, in fact, the day after he

12  was shot on this very day, July 7, 1993, he was laid up in the

13  hospital.  And while he was in the hospital, he got a visit.

14  He had a visit from his good friend, Sean Coates.  And Sean

15  Coates said to him, don't worry about it.  Me and Shorty went

16  over there and took care of that for you.

17          .  And Paul Franklin told you what he took that to

18  mean.  He told you that what he took that to mean was that

19  Draper, whose other nickname you know is Shorty, and Birdy,

20  Sean Coates, had gone over to Condon Terrace and been involved

21  in a retaliation shooting.

22          Paul Franklin told you that, in fact, he learned

23  that Glen Jenkins had been murdered, and I think he used a

24  phrase at one point with me, Paul Franklin, saying, it doesn't

25  take a rocket scientist.  Put two and two together, ladies and

1    gentlemen, and you know that that murder of Glen Jenkins was

2    the direct result of the beef with Condon Terrace.

3         Now, I told you what Paul Franklin interpreted that

4    statement to mean.  Don't worry about it.  Me and Shorty went

5    over there and took care of that for you.  But the ultimate

6    question is how do you look at that statement?  And when you

7    stop and reflect on what Birdy said, what Sean Coates said to

8    his good friend, Paul Franklin, think about what, in fact, did

9    happen to Glen Jenkins.

10        You know that on July 7, 1993, Glen Jenkins was in

11   his own neighborhood minding his own business with his own

12   friends.  You know that it was raining that night.  And from

13   what the medical examiner told you, you heard that Glen

14   Jenkins could have run some distance, over 130 feet, with

15   those gunshot wounds in his legs from which he died.

16        You ask yourself if that murder has something to do

17   with the beef with Condon Terrace.  You ask yourself if the

18   statement that Birdy made was nothing more than a confession,

19   telling his good friend, we helped you out.  An attack on one

20   was an attack on all of them.

21        Ladies and gentlemen, again, with the murder of Glen

22   Jenkins, we don't know who it was between Draper, William

23   Sweeney and Birdy, Sean Coates who actually fired the bullets

24   that killed Glen Jenkins.  There is evidence of two types of

25   guns being used for that murder, but we don't know which

1    bullet actually went into Glen Jenkins.

2            But it doesn't matter.  They were both in Condon

3    Terrace on July 7, 1993 to exact revenge for the shooting of

4    their friends the day before.  They are both, William Sweeney

5    and Sean Coates, responsible for the murder of Glen Jenkins.

6            There were some beefs you heard of that were

7    inherited over time.  Donnell Whitfield, Robocop, he was

8    murdered over in Sursum Corda, and you heard about Robocop, a

9    couple of things about him.

10           One was that Wayne Perry didn't like him.  Wayne

11   Perry whose photograph I've placed up there now.  Wayne Perry

12   had a problem with Robocop.  One reason not to like him.

13           You also heard that Robocop had shot Reginald

14   Switzer.  Reginald Switzer, part of the family.  Reason number

15   two not to like Robocop.

16           But it was reason number three that would prove to

17   be deadly, because reason number three was simply this.  He

18   shoved Draper at a nightclub.  And when you put all those

19   things together, that was reason enough for William Sweeney to

20   murder Robocop.

21           And what is it that you heard about the murder of

22   Donnell Whitfield which was committed in September, 1994?  You

23   know that there was an eyewitness, Robocop's cousin, John

24   Venable.  John Venable came into this courtroom, and in a

25   solemn and sincere tone told you that he lost something very

22

1    precious to him in September of 1994, he lost his cousin.

2            John Venable had seen his cousin earlier in the day,

3    but that in the afternoon at some point Robocop went outside

4    to do some gambling.  And John Venable described for you that

5    as he looked out from his window up here (indicating), he

6    looked out onto a breezeway.

7            He heard gunshots, and as his attention was drawn to

8    this breezeway from where he heard the gunshots, he saw

9    someone running.  And the person that he saw running had a gun

10   in his hand.  And the person that he saw running was someone

11   that he had known since he was eight or nine years old,

12   William Sweeney.

13           John Venable saw William Sweeney jump into that car

14   and drive off.  John Venable didn't know exactly what had

15   happened, so he went downstairs.  He goes into that breezeway,

16   the breezeway that you saw photographs of, and in there,

17   ladies and gentlemen, he found his cousin dying.

18           John Venable had every reason in the world to keep

19   his mouth shut.  For although John Venable was his blood, John

20   Venable's life was threatened.

21           Remember if you will, the gestures made by Erik

22   Jones, Irky Berk, after John Venable witnessed this crime.

23   Didn't take much more than that.  John Venable received phone

24   calls threatening his life and his family's life.  And John

25   Venable had a lot of family, 11 siblings he told you about,

23

1   all of whom, including his mother, lived in Sursum Corda after

2   this murder.

3          John Venable had every reason to stay quiet.  But he

4   didn't.  He knew what he had seen.  He knew William Sweeney

5   had the gun in his hand.  He knew William Sweeney killed his

6   cousin.  But he was afraid.

7          So rather than immediately say, I saw William

8   Sweeney do it, he put William Sweeney there, hoping, hoping

9   and praying that the police would put the connection together.

10  Of course, that didn't happen.  And over time John Venable

11  gained some strength.  He and his family were moved from

12  Sursum Corda.

13         And once he felt safe, he did something which would

14  lead to charges being filed against William Sweeney.  John

15  Venable said, you know what?  It isn't that I just saw William

16  Sweeney there.  I saw him running there right after the

17  gunshots with a gun in his hand.  He's the killer.

18         Ladies and gentlemen, ask yourself if John Venable

19  has any reason whatsoever to say William Sweeney did it if

20  that isn't the way it happened.  John Venable's cousin was

21  murdered, and John Venable saw it.  And he came into this

22  courtroom, and he faced the man that he believes killed his

23  cousin and said, that's William Sweeney.

24         And you have more than the testimony of John

25  Venable, although you could convict on that alone.  You have

24

1    more, ladies and gentlemen, because I mentioned to you just a

2    few minutes ago, there was an execution of a search warrant at

3    211 I Street.

4         Search warrant was done in November of 1994, and it

5    was done by members of the FBI, and it was done when William

6    Sweeney was in that house, and from that search warrant, we

7    got the murder weapon, the gun that William Sweeney used to

8    kill Donnell Whitfield, a perfect match.

9         And, of course, again, I can stop, and I can get

10   another board, and I can move on, but there's more evidence

11   than that, because William Sweeney confessed what he had done

12   to Robocop to his uncle.

13        If Robert Smith had been permitted to be alive to

14   come into this courtroom, you would have heard it from Robert

15   Smith, Butchie's, lips.  But the information came to you

16   anyway, because Robert Smith told Agent Lisi, yeah, Draper

17   told me, told me that he killed Robocop.

18        And it wasn't just Butchie alone who was telling you

19   that.  You know that William Sweeney spoke with Reginald

20   Switzer, Charles Bender, L.A., and Arthur Rice.  He told each

21   and every one of these men that he had killed Robocop.

22        Arthur Rice not only spoke to William Sweeney about

23   the murder of Robocop, Arthur Rice spoke to his good friend,

24   Erik Jones, Irky Berk, whose picture is also on that board in

25   the bottom right-hand corner.  Irky Berk, who you know is Art

25

1    Rice's closest friend out there, Art Rice and Irky Berk you

2    know were charged with, responsible for the murder of Steve

3    Dunbar.

4            So does it surprise you in the least that when Art

5    Rice is talking with Erik Jones, that Erik Jones would trust

6    Art Rice and tell Art Rice, yeah, you know what?  I was up

7    there.  I drove Draper up there.  Draper killed Robocop, and I

8    drove him away.

9            Thanks to Draper's propensity to talk, to brag about

10   his successes, you have much more evidence to consider in this

11   case.

12           You know, too, ladies and gentlemen, that the murder

13   of Robocop was done not only as a beef, not only because of

14   the problems between Wayne Perry and Reginald Switzer and

15   William Sweeney, but it was done to establish Draper as part

16   of this crew, that he was not someone that would be

17   disrespected and would walk away.  And on September 26, 1994,

18   William Sweeney proved that when he committed the murder of

19   Donnell Whitfield.

20           And I wish if I could, tell you that the

21   neighborhood beefs stopped here.  I wish if I could, I could

22   pass over the story of T.T. and Terita, the only children of

23   Renee Brown, and because back in March of 1991, because Sam

24   Carson murdered those girls, Tyisha and C.J. and Ashley and

25   Brittany will never know their mothers.

26

1          You know, ladies and gentlemen, that back in the

2     early 1990's, 5th and O was beefing with Southwest.  You also

3     know that in the early 1990's, 1991, you know that T.T.,

4     Teresa Thomas, had been involved in an on again, off again

5     relationship with Sam Carson.

6          Like many young people, sometimes he was her

7     boyfriend and sometimes he wasn't.  Not only did T.T. know who

8     her boyfriends were, but her mother, Renee Brown, her cousin,

9     Crystal Bobbitt, her good friend, Wanda Edwards who was best

10    friends with her sister, Terita, they all knew that T.T. and

11    Sam were an item.

12         And, ladies and gentlemen, they all knew that T.T.,

13    proud of her relationships, would display them.  And you know

14    that one way that she would display them was her photographs.

15    You heard that T.T. had a photo album, and in that photo album

16    she had pictures.

17         She had a picture of her boyfriend, Sam Carson, and

18    a picture of Sam's friends, Poo-Poo and Meechie.  And on her

19    wall, you know that T.T. in her bedroom had two poster-size

20    photographs, one of herself and one of Sam Carson.

21         Well, back in March of 1991, Sam Carson had a

22    problem with T.T.  You see, Sam had left a gun with T.T., and

23    T.T. didn't have the gun any more.  And the bigger problem

24    with that was that one of the father's of T.T.'s children was

25    a guy by the name of Kenny Man Bryant, 5th and O Street Crew

27

1    member.

2          So when Jerome Martin, Pimp, ragged on Sam and told

3    Sam, you're going to get killed with your own gun, Sam had a

4    choice.  Step aside, let it go, or step up and take care of

5    it.  So in March of 1991, Sam Carson went over to T.T. and

6    Terita's apartment and he demanded the return of that gun.

7          You heard that Sam Carson had a conversation with

8    T.T.  She didn't have the gun.  Sam went into the bathroom,

9    took a gun that he had on him and hid it in a hamper.  He came

10   back out, confronted T.T. again.  Where's the gun?  No gun.

11   Sam went back into that bathroom, retrieved the gun that he

12   had, went back into the room that T.T. was in and murdered

13   her.

14         And if that wasn't quite enough for Sam Carson to

15   prove his point, there was perhaps a witness left to this

16   crime, T.T.'s older sister by one year, Terita.  Sam Carson

17   went into the bedroom that Terita occupied and murdered her,

18   too.

19         Ladies and gentlemen, you have seen how it was that

20   he left T.T. and Terita.  But before Sam Carson walked away,

21   he took care of some unfinished business.  He took down that

22   photograph of him.  He went into that photo album and removed

23   his picture and his friends' pictures.  He wiped down that

24   apartment of any potential fingerprints, and he got into the

25   car with his friends, Meechie and Poo-Poo who were waiting for

28

1   him outside.

2          And the only thing that got him upset was that

3   Meechie went off too fast in the car.  Imagine, if you can,

4   what was going through Crystal Bobbitt's mind the morning she

5   found them.  Crystal who was their cousin, who herself was a

6   teenager and who was living with T.T. and Terita, her cousins,

7   all of them raising their children together.

8          Imagine, if you will, what went through Crystal's

9   mind, because try as I might, there are no words to describe

10  what she witnessed.  That morning, March 22, 1991, Crystal

11  Bobbitt came home after spending the night at her god-

12  brother's house.  She had her brand new baby, Bianca, in one

13  hand and the diaper bag in the other.

14         And as she came into the house, she realized that

15  someone had been in her bedroom.  She saw that the locks were

16  open on her bedroom that she normally kept locked.  The

17  bedroom that she shared with Terita.

18         So she pushes open the door.  She lays the baby on

19  the bed and the diaper bag, and she starts hollering at T.T.

20  T.T., who has been in my room?  And she knows someone is in

21  her room because Crystal sees something dark on the floor and

22  thinks it's juice and the kids have been in there.

23         So she's hollering down the hallway, and she goes

24  into the living room which has been rearranged and is now

25  T.T.'s bedroom.  And she comes to the bed and she sees her

1    cousin, T.T.  She sees the blood, and she sees a baby, and no

2    one is moving.

3           Crystal turns and runs down the hallway, grabs her

4    child, runs out that door, and she's thinking, they must be

5    playing, they must be playing, they must be playing, can't be

6    happening.  But it was.  Because when the police showed up and

7    wanted to find out what was going on, they took Crystal back.

8           Crystal goes into the apartment with them, and she's

9    thinking T.T. is down in the living room, her bedroom, and one

10   of the officers goes into Terita and Crystal's bedroom, that

11   bedroom with the door open, and the officer comes out holding

12   baby, C.J., and says, there's a body in there, Terita.

13          Both girls dead.  You heard from the officers that

14   came to process that crime scene that the children, the

15   babies, had blood all over them.  They had brain matter in

16   their hair.  But amazingly enough, they were fine.  They were

17   just left there overnight in their mother's blood.

18          From that crime scene, ladies and gentlemen, and in

19   speaking with Wanda Edwards and Crystal Bobbitt and Renee

20   Brown, the police had some evidence.  But that case you heard

21   remained open for several years.  Not until James Montgomery

22   came forward were the police able to fit those clues and find

23   the support needed to come to the conclusion which the

24   evidence supports, which is that Sam Carson murdered those

25   girls.

1     James Montgomery told you that Sam Carson confessed

2   to him what had happened in that apartment.  Sam Carson told

3   James Montgomery that the problem between him and T.T. had to

4   do with some guns, and you know that's true, because Wanda

5   Edwards and Crystal Bobbitt both told you about those guns.

6     Remember, Crystal Bobbitt said about a week before

7   her cousins were murdered, T.T. had pulled a bag from

8   underneath her bed and that there were some guns in there.

9   T.T. actually opened the bag and Crystal saw them.  Not long

10   thereafter Wanda Edwards told you that she was at T.T. and

11   Terita's apartment, and she had seen Crystal pick up a bag,

12   something that was very heavy and had run out of the house

13   with the bag and came back, no bag.

14     So just like James Montgomery said, Chin was upset

15   about those guns.  Chin also told James Montgomery that after

16   he murdered the girls, that he took the photographs, that he

17   had taken the photograph from the wall.  And you know that's

18   right because you heard from the mother of these two young

19   girls.

20     Renee Brown told you that she went back into that

21   apartment to help clean it up, and when she went back in the

22   apartment that poster-size photograph of Sam Carson was

23   missing, but this frame was there.  And you heard from Wanda

24   Edwards, who looked at that photo album of T.T.'s after the

25   murder happened, that the photographs of Sam Carson, Poo-Poo

1    and Meechie were all missing.

2         So James Montgomery knew facts about this double

3    murder, clues that had been left behind that had not been made

4    known to the public.  And the only way that James Montgomery

5    knew these things is because the person who committed that

6    double murder told him.

7         Not only did James Montgomery tell you that he spoke

8    with Sam Carson, and not only does the evidence support each

9    and every fact that James Montgomery told you that Sam Carson

10   told him, but James Montgomery told you that his other good

11   friend, Meechie, Clifton Edwards, told him the exact same

12   thing, right down to Meechie driving the car away too fast.

13        That's what bothered Sam Carson that day, not that

14   he left these young women dead with their children.

15        The beef that you heard about most regularly and

16   most often in this courtroom was the beef between K Street and

17   L Street.  Now, you heard from some people that the beef

18   between K Street and L Street began years ago, that it began

19   after Yusuf Simmons was kidnapped by Sean Coates, that it

20   began because L Street held K Street responsible for the

21   murder of Donnell Burroughs, who was Woozie's cousin, an L

22   Street member.

23        You heard also that L Street was mad at K Street

24   because Troy Simmons, another brother of Yusuf Simmons, had

25   been shot and put in a wheelchair because K Street.  You heard

32

1   that L Street held K Street responsible for the murder of

2   Patcho, and they were right, of course.  Vincent Hill had done

3   that murder.

4           And you heard that L Street held K Street

5   responsible for the murder of Maurice Hallman, and you know L

6   Street was right about that because Sam Carson and James

7   Montgomery, of course, are responsible for that murder.

8           For others, you heard that the beef between K Street

9   wasn't from back in the early 1990's, not the real beef.  What

10  really set off the war between K Street and L Street was the

11  murder of Squirmy, 1996, the month of July.

12          Squirmy was Charles Edwards, Meechie's brother.  And

13  in July of 1996, Squirmy was killed.  And once Squirmy was

14  killed, the war was on.

15          I could spend a lot of time going through with you

16  each and every shooting involved between K Street and L

17  Street.  You heard about these shootings from L Street Crew

18  members, Yusuf Simmons, Ronald Sowells, Demetrius Hunter.

19  Remember them?

20          Yusuf Simmons was the guy I think he told Judge

21  Jackson at one point he was taking pest control classes.  He's

22  pled guilty.  Demetrius Hunter, Meechie, who I mentioned to

23  you earlier, the younger man, about 20 years old, he, too, has

24  pled guilty.  And Ronald Sowells, Manute, he, too, has pled

25  guilty, all of them admitting that they were part of the L

33

1   Street Crew.

2          All of them admitting that once this war was on,

3   they were willing, ready and able to kill anyone from K Street

4   they could get their hands on, anyone.  And it wasn't just L

5   Street, you know, coming and looking for K Street.  K Street

6   went right back at them.

7          You heard the efforts, the word I think that was

8   used was surveillance, efforts made to find Woozie, the head

9   of L Street, to kill him.  You heard there were efforts to try

10  to kill Ronnie Horns, Robert Haygood.  More than once and more

11  than just one man, over and over again looking to kill anyone

12  associated with the L Street Crew.

13         Ladies and gentlemen, there is one shooting in

14  particular that I do want to highlight from this beef between

15  L Street and K Street, and that one shooting is the shooting

16  of Ronald Sowells, Manute, which happened in October of 1996.

17         On October 30, 1996, Sam Carson, Chin, and Sean

18  Coates, Birdy, tried to murder Ronald Sowells.  And you know

19  that Sam Carson and Sean Coates wanted to murder Manute,

20  because Manute saw it happen.  Manute told you that he was at

21  the Anacostia subway station, driving his brother to the

22  Metro, when he saw a car come up and get behind him.

23         And as Manute noticed this, he turned.  And who did

24  he see?  He saw this man right here, Sean Coates, lean into

25  that car and shoot him over and over again.  And back in 1996,

34

1   long before Manute had any plea agreement with the government,

2   Manute told Detective Robert Mitchell of the Metropolitan

3   Police Department, Birdy, Sean Coates from 203 Southwest, he

4   shot me.   Done.

5       Sean Coates is guilty.   But you know more about that

6   story than just that.   You know more about it because you know

7   about that gun, that .30 Carbine, that rusted old gun that

8   they got from the river, right here (indicating).

9       You know that before Manute got shot, Sean Coates

10  and Sam Carson had a conversation with James Montgomery.   You

11  see, Sean Coates had seen Manute before Manute got to the

12  subway station.   And so Sean Coates and Sam Carson are talking

13  with James Montgomery, and in the course of that conversation,

14  Sean Coates says that he needs a shebang, a gun.

15      And like good friends do, share and share alike, so

16  James Montgomery goes and gets his .30 Carbine, unusual gun,

17  and hands it over to his friends, knowing full well that they

18  are about to go and hunt down Manute and try to kill him.

19      And not long after they take his gun, they come

20  back.   And Sam Carson and Sean Coates say that Manute is bye-

21  bye.   James Montgomery laughs.   Told you, he said, yeah, now L

22  Street, they can see what a fatality feels like.

23      But there is a job to be done still, because now

24  that gun has a body on it.   And so what needs to be done?

25  That gun needs to be tossed, and James Montgomery told you

1    that he and Sean Coates and Sam Carson got rid of that gun,

2    and that it ended up in the river.

3            Again, I could stop right there.  You have enough,

4    more than enough evidence to convict Sean Coates and Sam

5    Carson.  But because law enforcement remained committed in

6    this case, you have more.

7            You heard that a dive team officer went into the

8    river and found that gun.  And you know that the only reason

9    that the police officers were able to find that gun was

10   because James Montgomery came forward and admitted his role in

11   that offense.

12           Now, say what you want about James Montgomery, but

13   that's a man who has admitted himself to seven murders.  And

14   because of him, and the police following up on the information

15   they got, we found the weapon that was used to shoot Manute,

16   that .30 Carbine.

17           And you know something else about the .30 Carbine,

18   ladies and gentlemen, that is an incredibly unusual gun,

19   because Steve Casper told you that.  That since 1992, in all

20   of the guns that have been recovered in the D.C. Metropolitan

21   Area, of the 12,000 guns put into this drug fire program,

22   there have only been four .30 Carbines found.

23           That gun that's in this courtroom was possessed by

24   Sean Coates and Sam Carson and was used on October 30, 1996,

25   in the effort to murder Manute.  And I'm going to say it

36

1    again, aiding and abetting.  It does not matter that Sean

2    Coates fired the gun.  Of course, that makes him guilty.

3        Sam Carson is just as responsible for what happened

4    to Manute.  He was with the plan.  He drove Sean Coates there,

5    and he drove him away.  Aiding and abetting, Sam Carson and

6    Sean Coates share responsibility for that crime.

7        When I talked to you earlier, and I told you that

8    the goals of the K Street Crew were to enrich themselves and

9    attack their enemies, I made mention of the fact that in an

10   effort to enrich themselves, that these men didn't stop at

11   just selling drugs.  They diversified, so to speak.

12       THE COURT:  Ms. Chaturvedi, let me interrupt you.

13   We're going to take a brief recess now.

14       MS. CHATURVEDI:  Yes, sir.

15       (Jury Out.)

16

17

18

19

20

21

22

23

24

25

37

1          (Jury Out.)

2          (Recess.)

3          MS. CHATURVEDI:   Your Honor, notwithstanding my

4    strong desire to have this be the last day I get up in the

5    courtroom, I don't think I'll be able to finish the closing

6    today.

7          THE COURT:   Beg your pardon?

8          MS. CHATURVEDI:   I don't think I'll be able to

9    finish my closing today.   Looking through with Mr. Zeidenberg,

10   I think I would estimate roughly two hours remaining.   And in

11   about an hour I'll have a good breaking point where I could

12   finish the last hour tomorrow.

13          I understand from this morning's discussions we're

14   only going to be sitting in the afternoon.

15          THE COURT:   That's right.

16          MS. CHATURVEDI:   And my thought, although I

17   certainly would defer to defense counsel, is if I could finish

18   -- well, Mr. Zeidenberg and I were talking during the lunch

19   hour, and were thinking that although we have some discussions

20   about jury instructions, if we were to start tomorrow at 9:00,

21   like we did today, that that shouldn't take more than two

22   hours for the jury instructions to be resolved.

23          THE COURT:   No, defense counsel want tomorrow

24   morning as a lay day for purposes of composing their own

25   closings.   So the jury instructions were to be done on

38

1    Thursday morning.

2           MS. CHATURVEDI:  I thought, Your Honor, we were --

3           THE COURT:  That's what I understood.

4           MR. KIERSH:  That would be fine, Your Honor, if

5    tomorrow -- if I could just jump in -- if we do -- tomorrow

6    morning, if we're down, and then Ms. Chaturvedi comes back

7    tomorrow, --

8           THE COURT:  She would finish at 2:00 o'clock

9    tomorrow afternoon.

10          MR. KIERSH:  She could come back and then she could

11   finish at 2:00 or sometime shortly thereafter.  Then that

12   would guarantee that I'll be able to complete mine tomorrow.

13   Again, I want to make sure that I get mine done in one day.

14   So if she could start at 1:00 and I could start at 2:00, I'll

15   get done tomorrow.

16          Then Thursday we could come back and iron out -- on

17   Thursday morning the jury is not going to be here.  If all the

18   lawyers come back, we can iron out the instructions.  That way

19   we can --

20          THE COURT:  We're going to do the instructions at

21   9:00 o'clock on Thursday.

22          MR. KIERSH:  Right.  Tomorrow morning we're down,

23   and Ms. Chaturvedi resumes at 1:00 tomorrow, and I'll start

24   about 2:00.

25          MS. CHATURVEDI:  That's fine.

39

1          THE COURT:  Well, I'm not sure we're going to start
2    at 1:00 o'clock.  I am very reluctant to disrupt the pattern
3    that we have established of starting at 2:00 o'clock in the
4    afternoon.

5          MR. JONES:  Then we could do Ms. Chaturvedi tomorrow
6    at 2:00 o'clock.

7          MR. ZEIDENBERG:  Your Honor, that seems a very
8    inefficient use of the time, because she'll probably only have
9    an hour left tomorrow.  And to have everyone assembled and
10   simply get through one hour of closing is simply an
11   inefficient use of the time.  If we can get everyone, the
12   parties together --

13         MS. CHATURVEDI:  Mr. Kiersh says he's ready to go
14   tomorrow afternoon.  We could use the rest of the afternoon.
15   The only suggestion by starting at 1:00 o'clock, that would
16   make sure that Mr. Kiersh has the opportunity to present --

17         THE COURT:  I understand what the objective is.
18   I'll take it up with the jury.  If the jury wants to come in
19   at 1:00 o'clock, then we'll do it at 1:00 o'clock.

20         MS. CHATURVEDI:  And on that point, Your Honor, has
21   the Court learned from the members of the jury if they're
22   willing to come in on Friday?

23         THE COURT:  No, I have not, but expect not to ask
24   them until tomorrow.

25         MS. CHATURVEDI:  Very well.

40

1          THE COURT:  All right.  Let's bring the jury in.

2          THE DEPUTY MARSHAL:  Jury panel, Your Honor.

3     (Jury In.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

41

1      (Jury In.)

2           THE DEPUTY MARSHAL:  Jury panel is all present.

3           THE COURT:  Thank you, Marshal.

4           MS. CHATURVEDI:  May I proceed?

5           THE COURT:  You may proceed.

6           MS. CHATURVEDI:  Ladies and gentlemen, when we left

7  off before the break, I started to discuss with you the other

8  ways in which the K Street Crew enriched themselves.

9           As I said, of course, their drug selling operation

10 was an extensive one.  It was one that occurred for several

11 years and it was a consistent way that these men earned their

12 money.  But, ladies and gentlemen, while the money was good

13 selling drugs, their greed was great.

14          And it is because of that, that they broadened their

15 horizons.  And it is because of their greed, you heard about

16 the number of people that they tried to kidnap and rob over

17 the course of over 10 years.

18          And in the course of discussing these robberies, I

19 want to start with a piece of evidence, Birdy's car, that

20 Cadillac.  That Cadillac that was found back in October of

21 1993, that Cadillac that was identified to you by Dorene Key.

22          Back on October 22, 1993, Dorene Key was awake

23 watching movies with her sisters.  She heard some noise from

24 her second-story bedroom window, and she looked outside.  And

25 when she looked outside, she saw someone that she recognized,

42

1   William Sweeney, Draper.

2          And what she saw him doing was getting out of the

3   driver's seat of that car, that car that had no trunk, and she

4   saw Draper and his crew taking things from that car and

5   throwing them into a dumpster.

6          And you know what Dorene Key was thinking at the

7   time because she told you.  She told you that she knew

8   something was up.  That she knew Draper, and seeing him out

9   there at night doing what he was doing, something was up.

10         And once again I want to pick her out and tell you

11  that she did something that we citizens have the

12  responsibility to do.  She reported that to the police.  And

13  you heard, ladies and gentlemen, that Dorene Key said that

14  Draper was out there.  She didn't know anything else other

15  than what she saw from that window.

16         But you have learned during the course of this trial

17  what exactly Draper was up to that night and who he was with.

18  October 22, 1993 was the evening that Anthony Pryor, Wysocki,

19  was kidnapped.  And you know that when William Sweeney got

20  incarcerated, that at one point he was locked up with an

21  elderly gentleman by the name of Theodore Watson.

22         Remember Mr. Watson?  Mr. Watson said that he and

23  William Sweeney were the only two D.C. prisoners at Northern

24  Neck at the time that they were speaking with one another in

25  their unit.  And so because they were both from D.C., they

43

1   were drawn to one another, and Draper came up to Mr. Watson

2   and introduced himself.  I'm Draper.  You heard of me?

3       Well, of course, Mr. Watson hadn't heard of him.

4   Mr. Watson said, I'm old enough to be your grandfather.  Well,

5   William Sweeney took it from there, and he introduced himself

6   to Theodore Watson.

7       And in the course of that introduction, William

8   Sweeney told Theodore Watson, you know, I was into

9   kidnappings.  Theodore Watson says, really?  William Sweeney

10  says, yeah, there was this one time, kidnapped somebody, put

11  him in the trunk of the car, and the guy kicked the trunk open

12  and escaped.

13      And remember what Theodore Watson told you?  That in

14  his mind that was such a wild story, he didn't even think

15  anything of it, could not have thought that such a thing was

16  true.  Well, you know, in fact, that was the truth.  And you

17  know, as you've heard through the course of this trial, that

18  William Sweeney was not alone when he kidnapped Anthony Pryor

19  back in October of 1993.

20      You know that he wasn't alone when he was behind

21  Sherry Harris' house, actually in front of Sherry Harris'

22  house on the street.  Remember Sherry Harris told you she

23  lived on Mystic Avenue back in 1993, and she was awakened and

24  saw a group of men, about four in number, taking Anthony

25  Pryor, Wysocki, the stepson of her neighbor, taking him by

44

1   force out of his van and ending up shooting him.

2           And Sherry Harris told you that the morning after

3   this incident occurred, when she opened her door, she saw

4   something out in the street.  She saw the trunk to that

5   Cadillac, and she saw blood.  The trunk to this Cadillac right

6   here (indicating).

7           And, ladies and gentlemen, you know who was with

8   William Sweeney when he did this kidnapping because as he had

9   done so many times before, William Sweeney turned to his Uncle

10  Butchie, and told him all about it.

11          William Sweeney told his Uncle Butchie that it was

12  William Sweeney and Sean Coates and Vincent Hill and Sam

13  Carson that were involved in that kidnapping.  And Draper,

14  William Sweeney, didn't talk simply to his Uncle Butchie.

15          Draper wasn't the only one who was to describe the

16  events that occurred out there on Mystic Avenue.  Because you

17  heard that Jerome Martin told James Rochester all about it as

18  well.

19          James Rochester, of course, who was locked up with

20  Vincent Hill, heard about this kidnapping where someone was

21  shot.  And James Rochester heard something else which was of

22  interest.  James Rochester talked to Jerome Martin, who by all

23  accounts wasn't even there when it happened, but what does

24  Jerome Martin tell James Rochester?

25          Jerome Martin says to James Rochester, hey, make

45

1   sure when you go back to Petersburg, to jail in Petersburg,

2   you let them know that Wysocki, he isn't hot, meaning, of

3   course, Wysocki is not going to tell.

4        And that isn't all you heard, ladies and gentlemen.

5   You know that Sean Coates told Manute years before the beef

6   between L and K Street that he, Sean Coates, along with the

7   other men, tried to kidnap Wysocki, and that in the process,

8   Wysocki got away, and, of course, as you know, Wysocki was

9   shot.  You'll have those medical records.

10        And Vincent Hill, Sean Coates, Sam Carson, and

11   William Sweeney all told James Montgomery about this

12   kidnapping.  They all told him about the events leading to the

13   kidnapping of Wysocki.  Vincent Hill said to James Montgomery

14   that he wished he had been able to wait for James Montgomery

15   and Arthur Rice, that Vincent Hill had wanted them to go along

16   on this move.

17        But, unfortunately, both James Montgomery and Arthur

18   Rice were locked up when it happened.  So they had gone on it

19   without them.  This kidnapping, you know, had been planned for

20   some time.  It wasn't something that occurred just that day or

21   in a moment's notice.

22        That kidnapping, as you heard from Reginald Switzer,

23   had been planned years before.  Because as Reginald Switzer

24   told you, he drove Vincent Hill to Wysocki's house out in

25   Maryland.

46

1          And you also heard from Arthur Rice that Arthur Rice

2    was involved in a conversation with Erik Jones where they saw

3    Wysocki.  And when they saw Wysocki, Erik Jones, Irky Berk,

4    said, you know, the way that Vito can get at Wysocki is try to

5    get some girls involved, because Wysocki, he likes young

6    girls.

7          So this was part of their way of operating.  This

8    was their job.  This was the way in which they enriched

9    themselves, to plan and then carry out efforts to kidnap and

10   rob people.

11         And like I've said before, with respect to the

12   charge of this kidnapping, we don't know who physically got

13   Wysocki up and put him in that trunk.  We don't know which of

14   these defendants actually shot him.  But it doesn't matter.

15         They were all in the plan to kidnap Wysocki.  They

16   were all there.  They wanted quite desperately for that plan

17   to succeed, and they tried to get away.  And you know that

18   they tried to get away, ladies and gentlemen, because of what

19   Dorene Key described for you from October 22, 1993.

20         You know they tried to get away, because what Dorene

21   saw them doing, Draper and them doing, was taking pieces of

22   evidence that they had from this crime and trying to destroy

23   it.

24         Pieces of evidence, ladies and gentlemen, includes

25   these three sets of gloves and the duct tape.  Because how are

47

1    you going to kidnap someone if you can't tie them up?  And how

2    are you going to get away, if you can't cover up your

3    fingerprints?  Tools of the trade.

4          But, ladies and gentlemen, these gloves and the

5    tape, they were seized as evidence, and they were brought into

6    this courtroom to give you the whole picture about what Sean

7    Coates and William Sweeney and Vincent Hill and Sam Carson

8    were planning that night.

9          And let me add this, that in addition to the pieces

10   of evidence that we seized, there was another piece of

11   evidence that was seized from that car.  You know, don't you,

12   that the police were able to recover a fingerprint from that

13   car, that Cadillac, and that fingerprint came back to Sean

14   Coates, Birdy.

15         Layers of support, each of which, when you put them

16   on top of one another, proves to you beyond any doubt that

17   Vincent Hill and William Sweeney and Sean Coates are guilty

18   with respect to the charge of kidnapping Wysocki.

19         Now, what I want to do, ladies and gentlemen, is

20   turn the clock back a little.  April, 1992, and I want to

21   shift a little bit over from the 1800 block of Mystic Avenue

22   in Oxon Hill, Maryland, over to the 2100 block of County Road

23   in Capitol Heights, Maryland.

24         And I'm going to tell you that on April 7, 1992, out

25   on County Road, the police seized some things.  They seized

48

1    one pair of work gloves, two pairs of work gloves, a roll of

2    duct tape, and they seized, ladies and gentlemen, a .357

3    revolver, one of the guns that you saw in this courtroom.

4             And they seized that gun back in April of 1992, when

5    they seized it from Sam Carson and Maurice Proctor.  And you

6    heard about the circumstances from April of 1992, because you

7    know on that day, thanks to the good work of Officer Alfred

8    Moss, the PG County Police, Officer Moss nearly died that day.

9    Sam Carson and Maurice Proctor were arrested.

10            And just from the little bit I've said to you, if

11   you were to think why it was that Sam Carson and Maurice

12   Proctor had with them duct tape, work gloves, and a gun, I

13   would think that the answer would be that again there was a

14   planned kidnapping.

15            And you, again, could stop right there and decide

16   for yourselves that, in fact, Sam Carson and Maurice Proctor

17   were planning to kidnap someone that day, but they were

18   stopped and arrested.

19            But you have more of an explanation, ladies and

20   gentlemen.  You have more of an explanation, because you heard

21   from James Montgomery.  James Montgomery told you that Sam

22   Carson told him that Sam Carson and Poo-Poo had gone out there

23   with the plan of kidnapping a drug dealer that lived in that

24   County Road apartment building.

25            And that unfortunately they weren't able to succeed

49

1  in their efforts because this undercover officer got in their

2  way.  That's what Chin told James Montgomery.

3          And when you stop and think about it, doesn't that

4  sound right?  Circumstances under which Sam Carson and Maurice

5  Proctor were arrested.  Remember what they did when Officer

6  Moss came trying to investigate what was going on.

7          Sam Carson and Maurice Proctor had been sitting in

8  the back seat of a car facing out.  Sam Carson jumps from the

9  back seat of that car to the front seat.  And as Officer Moss

10  is trying to get Sam Carson and Maurice Proctor to lift their

11  hands, Sam Carson kicks the car into drive, almost hitting

12  Officer Moss, trying to get away.

13          So isn't what James Montgomery tells you, isn't that

14  supported by the physical evidence that the police recover

15  from that scene?  And let me add this.

16          James Montgomery told you -- well, take a step back.

17  Agent Lisi told you that as part of this investigation, he

18  went and ran the records of the people under investigation,

19  including Sam Carson and Maurice Proctor, and in the course of

20  doing that, he came to find out that Maurice Proctor and Sam

21  Carson, in fact, had been arrested on April 7, 1992 for this

22  weapon.

23          With that information and that information alone,

24  Agent Lisi asked James Montgomery if James Montgomery knew

25  anything about this incident.  And what did James Montgomery

1  tell Agent Lisi?

2          James Montgomery said, oh, is that the one they did

3  with Tyrone Barnes?  And when you stop and you think about

4  whether or not that supports James Montgomery, think about

5  this.  Officer Moss is the one who described a third person

6  being present.

7          Remember Officer Moss said when he first went into

8  the apartment building that he had an encounter with the guy

9  in the foyer, and that guy struggled with him, and in the

10 course of that struggle, Officer Moss saw that gun?

11         Well, that person got away, so obviously that person

12 wasn't arrested.  How was it that James Montgomery knew that

13 there was a third person?  How is it possible, other than one

14 of the people who was there told James Montgomery about the

15 circumstances of that attempted kidnapping?

16         And you know that there is a relationship between

17 Sam Carson and Lex Luthor, Tyrone Barnes, that third man.

18 Tyrone Barnes, you heard, was somebody from up in 37th.  You

19 saw a photograph of his that Ms. Hepworth introduced, and you

20 heard in the course of this trial, ladies and gentlemen, that

21 seized from Sam Carson's Pearl Drive residence was a receipt

22 showing that Sam Carson had paid Tyrone Barnes money, put

23 money -- sent money out to Tyrone Barnes once he was locked

24 up.

25         Given the physical evidence and the testimony that

51

1    you heard from James Montgomery and Agent Lisi, you know that

2    the people that are responsible for that shooting of Alfred

3    Moss in April of 1992 were Maurice Proctor and Sam Carson.

4             Now, this kidnapping in 1992, of course, is not the

5    first kidnapping that you heard of that the K Street Crew was

6    involved with.  You heard back in 1990, a young man by the

7    name of Yusuf Simmons was kidnapped.  He was then at the time

8    15 years old.

9             And Yusuf Simmons who told you about this

10   kidnapping, told you that he knew one of the people involved

11   that night.  That once Yusuf Simmons was taken from Landsberry

12   Park by force with men with guns, he was put into a car.  And

13   when Yusuf Simmons got inside that car, ladies and gentlemen,

14   he recognized one person, someone he knew for a long time,

15   someone he knew from Southwest.

16            Yusuf Simmons said back when this event happened to

17   him in 1990 who it was who kidnapped him, and he repeated that

18   testimony in this courtroom on that witness stand.  And the

19   person that Yusuf Simmons said was responsible for that

20   kidnapping is seated in this courtroom.

21            And Yusuf Simmons told you that the person involved

22   in that kidnapping was Sean Coates.  Yusuf Simmons said it

23   long before he had any plea agreement with any United States

24   Government or anything like that.  He said it as a 15 year old

25   boy who had been left in the woods with tape around his eyes

52

1    for hours.  Sean Coates, Birdy, kidnapped him.

2             MS. CHATURVEDI:  Court's indulgence.

3        (Pause.)

4             MS. CHATURVEDI:  I knew it would happen at one

5    point, but I found something that I meant to use earlier when

6    I was talking to you about Tyrone Barnes, Lex Luthor and Sam

7    Carson and that payment that Sam Carson made for Tyrone

8    Barnes, that money order.  You have that receipt, ladies and

9    gentlemen, that receipt that came from Sam Carson's house

10   showing that that payment was made.

11            The bonds between these men, you know, were tight,

12   and as a result of it they committed many crimes together.

13   They turned to each other for support, and you know it's what

14   kept this crew going for as many years as it did.

15            When Yusuf Simmons was kidnapped, as I said to you

16   before the break, that was one of the pivotal events that

17   caused the beef between K Street and L Street.

18            That beef, you know, escalated over time, and after

19   1996 when the war was full-blown, you know that K Street

20   wanted to make sure they were fully armed.  They were without

21   enough weapons at the time, and so you heard, ladies and

22   gentlemen, that K Street came up with a plan, a plan to make

23   some money.

24            And the people involved with that plan were Sam

25   Carson, William Sweeney, James Montgomery, and Sean Coates.

53

1    And that plan included not only making money to buy weapons,

2    because this war with L Street was going on, but the plan was

3    also to have some money, because Sam Carson and James

4    Montgomery didn't want to end up like Vincent Hill.

5           They didn't want to end up for the rest of their

6    lives making hand-to-hand marijuana buys down on K Street.

7    And as a result of this plan, ladies and gentlemen, you heard

8    about the target, Lonnie Gaskins.

9           And you learned that on November 17, 1996, that plan

10   was put in action, when William Sweeney, Sean Coates, Sam

11   Carson, and James Montgomery went out to Temple Hills,

12   Maryland, having planned to kidnap and rob Lonnie Gaskins, who

13   they believed at the time had a value somewhere around

14   $250,000.

15          And you know something broke bad in that house,

16   because rather than get any money from Lonnie Gaskins, you

17   learned that William Sweeney, Sam Carson, Sean Coates and

18   James Montgomery each shared in the responsibility for three

19   murders that happened there, the murders of Alonzo Gaskins,

20   Lonnie, Darnell Mack, and Melody Anderson.

21          And how is it that you know about the plan, the plan

22   that was set in motion days before the triple murder?  You

23   know about it because one of the four men responsible for that

24   triple murder came into this courtroom and told you all about

25   it.

54

1          You heard from James Montgomery.  James Montgomery,

2     who has pled guilty and has admitted his responsibility to the

3     murders of Lonnie Gaskins, Darnell Mack and Melody Anderson,

4     James Montgomery came into this courtroom, and he told you

5     that the week before the triple murder, Kirk Ivory Newton and

6     Marqus Hankins, two men who you better know as Sam Carson and

7     William Sweeney, they came into this courtroom -- I'm sorry.

8          James Montgomery came into this courtroom and told

9     you that William Sweeney and Sam Carson had been out to Las

10    Vegas the weekend of November 9, 1996, to watch the Tyson-

11    Holyfield fight.

12         And while Sam Carson and William Sweeney were out

13    there, they came across Lonnie Gaskins.  Lonnie Gaskins had

14    won a fair amount of money out there gambling in Las Vegas,

15    and when Sam Carson and William Sweeney returned back to D.C.,

16    they came up with a plan to relieve Mr. Gaskins of his money.

17         And starting that weekend, November 9, and

18    continuing during the following week, they discussed the plan.

19    And in discussing that plan, ladies and gentlemen, over and

20    over again, there came a day, November 17, 1996, when that

21    plan was put into motion.

22         On that day you heard that James Montgomery, Sam

23    Carson, William Sweeney and Sean Coates, who they picked up

24    out in Maryland, got into a van and waited patiently out on

25    25th Avenue in Temple Hills, Maryland.

55

1          And they waited, and they waited, and they waited.

2     And while they did, they wanted to make sure their efforts

3     that night, their efforts to rob Lonnie Gaskins would be

4     successful.  And part of that success would be determined as

5     to whether or not they could get away without getting caught.

6          So what did they do?  You heard that Sean Coates and

7     James Montgomery changed the tag of the van to make sure that

8     the van couldn't be linked back to them.  You heard also that

9     James Montgomery cut out masks and that each of the four men

10    was given a ski mask to hide his identity.

11         And they waited.  And then that evening, ladies and

12    gentlemen, you heard what happened next.  You heard that

13    Lonnie Gaskins and Cinama Hawkins and Darnell Mack and Melody

14    Anderson came back from dinner.  And you heard from James

15    Montgomery that as those four people approached the front of

16    3919 25th Avenue, you heard that James Montgomery and William

17    Sweeney pushed them into the house.

18         You know at the time that William Sweeney had a gun,

19    a .40 caliber Glock, and James Montgomery had a stun gun.  And

20    you know, do you not, that Lonnie Gaskins and Darnell Mack

21    went immediately to the couch inside that apartment.

22         Cinama Hawkins hid behind a TV set.  And Darnell

23    Mack started talking, saying something to the effect that I

24    don't know who you are.  I'm not looking.  Saying whatever he

25    probably could say to get these men out of there, out of there

56

1   with those guns.

2          And whatever it was, ladies and gentlemen, whether

3   Darnell Mack was talking or reaching or whatever, you know

4   what happened next.  James Montgomery told you that William

5   Sweeney took that gun, shot Lonnie Gaskins, shot Darnell Mack,

6   went back and shot Lonnie Gaskins some more, shot Darnell

7   Mack.

8          And you heard that at that point, William Sweeney

9   ran out the door, followed closely by James Montgomery.  And

10  as William Sweeney came out that door, there was one person

11  left in his way, Melody Anderson.  And William Sweeney raised

12  that gun to that young woman's head and he executed her.  And

13  he ran off.

14         Ladies and gentlemen, when James Montgomery told you

15  what happened inside 3919 25th Avenue, he told you about it,

16  and he made it abundantly clear to you that he didn't tell the

17  full story the first day.  He told you that.  He told you that

18  the first day while he did admit all four men were there,

19  William Sweeney, Sam Carson, Sean Coates, and himself, that he

20  did not fully explain his own involvement in that triple

21  murder for some time.

22         And that certainly is the truth.  But what you

23  heard, and what I said a few minutes ago is also the truth,

24  which is that James Montgomery has admitted his responsibility

25  in the murders of Lonnie Gaskins, Darnell Mack, and Melody

57

1    Anderson.

2         And when you stop and think about that, that charge,

3    I want to bring up a point very briefly called felony murder.

4    Felony murder, all that means is that although the plan

5    originally that night had been to commit a robbery, that

6    because the murders that followed were a reasonably

7    foreseeable consequence of the robbery, something very likely

8    to happen, that they are responsible for the murder, even

9    though that wasn't the original plan.

10         The murder follows a felony, the felony being, of

11   course, the plan to rob.  And so while it was that James

12   Montgomery isn't the one that shot those people, he is just as

13   responsible as the person who did.

14         Sam Carson, Sean Coates, William Sweeney, James

15   Montgomery, all of them, share the same responsibility in

16   terms of the murders that occurred in that house.  That's what

17   the law says.

18         And in considering what else James Montgomery has

19   told you, think about all of the evidence that has supported

20   what you heard in this courtroom.

21         First, that trip out to Las Vegas that you heard

22   about.  Well, you know, in fact, that William Sweeney and Sam

23   Carson did go out to Las Vegas.  And the reason that you know

24   it with respect to William Sweeney is, first of all, we

25   admitted to you for you to look at, a pleading, a filing, that

58

1   his lawyer filed seeking permission for that weekend in

2   November to go out to the Tyson-Holyfield fight.

3          And we also, ladies and gentlemen, have for you the

4   gambling records which shows without question that Kirk

5   Newton, William Sweeney, on the weekend of November 9 was out

6   at the MGM Grand in Las Vegas gambling.  Proof positive that

7   William Sweeney was in Las Vegas.

8          And you know he was there with Sam Carson, because

9   you heard, ladies and gentlemen, of course, that Sam Carson,

10  his house was searched on Pearl Drive.  And during the

11  execution of that search warrant, you know that the FBI found

12  evidence of Sam Carson being in Las Vegas.

13         They found the airline tickets itinerary for Marqus

14  Hankins for that same weekend going out on November 8, coming

15  back on November 11.  So you've got Sam Carson out in Las

16  Vegas same weekend that James Montgomery told you about.

17         And, of course, there's more, because we brought to

18  you the gambling records of Lonnie Gaskins, showing that he,

19  too, was in Las Vegas that same weekend, that same fight, the

20  weekend before he was murdered.

21         And we didn't stop there.  You have evidence, of

22  course, taken out at the MGM Grand, a photograph, a photograph

23  of William Sweeney and Sam Carson.  And remember that man that

24  came in here from the MGM Grand?

25         He was able to look at that photograph and tell you

59

1    that he was certain that picture, whoever is in it, he didn't

2    know, but that picture was taken at the MGM Grand, because he

3    could see the tile on the floor.  And he said that's the tile

4    in the MGM Grand.

5           Well, maybe he didn't know who those people were in

6    that photograph, ladies and gentlemen, but they have been

7    sitting in here in this courtroom with you for six months,

8    William Sweeney and Sam Carson.

9           And you heard from someone else during this trial

10   about this triple murder.  Who can forget Cinama Hawkins?

11   Cinama Hawkins went into that house that night after having a

12   date.  Remember, she told you she was out in Las Vegas, that

13   she saw Lonnie out there, and Lonnie had asked for her phone

14   number, and she gave it to him.

15          And that night, November 17, 1996, they were

16   supposed to have a date.  Cinama brought along her girlfriend,

17   Melody Anderson, because Lonnie had stood her up the night

18   before, and she was thinking, well, if Lonnie doesn't show up

19   tonight, at least I got my girlfriend, Melody, here, and we

20   can go do something.

21          It was a Sunday night.  The two young women were

22   expected at work in the morning.  Cinama told you that when

23   she got to that house, she met Darnell Mack for the first

24   time.  And after waiting in the house on 25th Avenue for some

25   hours, the four of them, Darnell Mack, Lonnie Gaskins, Melody

60

1   Anderson, and Cinama Hawkins all went out for dinner.

2          And they had dinner at TGIFriday's down on 12th and

3   Pennsylvania Avenue in Washington, D.C.  And after having

4   dinner, they returned back to that house on 25th Avenue.

5          And as they walked up to that door, Cinama Hawkins

6   told you she saw two gunmen coming up to her right.  And those

7   gunmen pushed her into the house, and there she hid behind a

8   television set.

9          And the next thing she described for you were the

10  gunshots.  So many gunshots that her ears started to ring.

11  Couldn't hear anything but those gunshots.  And once the

12  gunshots subsided, once it was over, at least she thought it

13  was over, she waited a second or two, and she stood up.

14         And she looked, and there in front of her were the

15  two men she had seen alive moments before, Alonzo Gaskins and

16  Darnell Mack.  And then Cinama Hawkins turned to the door,

17  trying to escape this nightmare.  And when she got to the

18  door, she pushed it open, and as she stepped on the front

19  step, she saw her best friend, Melody Anderson, laying there.

20         Unable to comprehend what had happened to Melody,

21  Cinama turned her over.  Melody, get up.  Come on, Melody, get

22  up.  And as she turned Melody over, she realized that Melody,

23  of course, had been shot.  And Cinama began to run.  And as

24  she ran, she called the police.

25         (Tape played in open court.)

1    MS. CHATURVEDI:  Ms. Hawkins, amazingly enough, was

2    able to compose herself, ladies and gentlemen.  She was able

3    to come into this courtroom, and with a great deal of grace,

4    try to describe for you the horror in being in that house that

5    night.

6        And in describing that scene to you she told you

7    without any question in her voice, without any doubt at all,

8    that there were two gunmen.  She said that one of the gunmen

9    was unusually short for a man, that one of the gunmen was

10   about five-foot-four, she said it, and she said it without any

11   doubt in her voice.

12       And with the Court's permission I would ask that

13   William Sweeney be directed to stand.

14       THE COURT:  Mr. Sweeney, will you rise, please.

15   Thank you, sir, you may be seated.

16       MS. CHATURVEDI:  It isn't just Cinama Hawkins that

17   discussed what happened.  There was physical evidence that was

18   taken from the crime scene that linked William Sweeney to that

19   murder.

20       You heard that from 25th Avenue the police got a

21   fingerprint from the screen door, the screen door that you see

22   right here.  That fingerprint, ladies and gentlemen, that was

23   admitted Government's Exhibit M52, that fingerprint was taken

24   from the top of the door on the left side.

25       And as the officer told you, it was the side that

62

1   you would hit as you were leaving out of 25th Avenue, 3919

2   25th Avenue, that's the side you would hit.  And you know that

3   when the police checked that fingerprint they found that that

4   fingerprint belonged to William Sweeney, his left hand.  And

5   doesn't that make sense.

6          He has got the gun in the right hand that he used to

7   kill those people with and he hits the door with his left,

8   evidence, and there is more.  Because when William Sweeney was

9   arrested following this triple murder he met with Charles

10  Fobbs and Dwight Deloatch from the Prince George's County

11  Police Department, two veteran police officers who have been

12  doing homicide for years.

13         And remember, if you will, how they described

14  William Sweeney to you.  That he was calm, that he was cold,

15  that he, William Sweeney, tried to intimidate them.  William

16  Sweeney said to them, do I look like a killer to you?  Well,

17  ladies and gentlemen, that is the face of a killer.  William

18  Sweeney murdered those three people back in November of 1996.

19         And you know something else from what James

20  Montgomery told you.  Just as James Montgomery told you, and

21  just as Robert Smith, Butchie, said, William Sweeney had in

22  his possession a .40 caliber Glock.  And you know what was

23  seized from that crime scene were shell casings.  And Steve

24  Casper told you that those shell casings were fired from one

25  gun and that the gun that was used to fire those shell casings

63

1    was a .40 caliber Glock.

2           Before I conclude today, ladies and gentlemen, let

3    me just remind you that in all of this you have William

4    Sweeney himself in that William Sweeney, as he had done in the

5    past and would do again, confessed to his Uncle Butchie.

6    William Sweeney told his Uncle Butchie all about this triple.

7    Just like James Montgomery told you, Draper told Butchie the

8    same thing, that they had been out in Las Vegas the weekend

9    before gambling, that Sam Carson and William Sweeney had been

10   there, and Lonnie Gaskins was there as well.  That they had

11   come back and made a plan to rob Lonnie Gaskins but that

12   something went bad because Darnell Mack spoke, just like James

13   Montgomery said.

14          And William Sweeney told his uncle that he shot

15   those men in that house, and he told his uncle that as he came

16   out of the house he shot the girl.  And when he described to

17   his uncle what was going on when he came out of that house

18   remember what William Sweeney said, remember for a moment as

19   William Sweeney told his uncle, that girl was in shock, she

20   was just standing there.

21          And notwithstanding the fact that William Sweeney

22   had a mask on his face, that he could have gotten away, he

23   took the life of Melody Anderson.  Ladies and gentlemen, when

24   I come back tomorrow I'm going to spend time with you

25   describing for you why it was that for Draper's propensity to

64

1    talk, his willingness to confide in his Uncle Butchie, why it

2    was that this triple murder then led to the murder of Robert

3    Smith, Draper's uncle, why it was that Draper's Uncle Butchie

4    was murdered by Sam Carson, James Montgomery, and William

5    Sweeney.  Because Robert Smith had done something that these

6    men disapproved of, to say the least.

7          Robert Smith told.  And once Robert Smith told,

8    family or not, William Sweeney said, he had to go.

9          It's a good time to break.

10         THE COURT:  All right.  Ladies and gentlemen, we are

11   going to conclude for the day.  We would like to start at 1:00

12   tomorrow.  You know we are not going to be in session in the

13   morning.  Is there any one of you who could not for good

14   reasons be able to start at 1:00?  Hearing no such reason,

15   tomorrow our session in the afternoon will start at 1:00.  You

16   are excused for the night.  Please don't discuss the case,

17   it's not time for you to discuss it yet.  Have a pleasant

18   night.  We will see you tomorrow afternoon.

19         (Jury out.)

20

21

22

23

24

25

65

1      (Jury out.)

2           THE COURT:  Did you have something you want to put

3    on the record?

4           MR. KIERSH:  I do.  For tomorrow I understand Ms.

5    Chaturvedi, if I can inquire through the Court, has about one

6    hour left?

7           MS. CHATURVEDI:  I think that's fair.

8           MR. KIERSH:  Okay.  And then I can --

9           THE COURT:  I beg your pardon?

10          MS. CHATURVEDI:  I think roughly an hour, Your

11   Honor, is all I have left.

12          MR. KIERSH:  But I do have something to put on the

13   record regarding the outbursts in the courtroom.  This is the

14   third time that there was an outburst regarding Melody

15   Anderson, and I would move for a mistrial on that grounds.

16   And I would ask the Court to take notice of the fact that I

17   objected to the autopsy photos, I objected to the continuing

18   display of Ms. Anderson.  I understand the reactions.  I

19   understand there is a right to a public trial, but my client

20   has a constitutional right to a fair trial.  And with those

21   kinds of outbursts, he can't get a fair trial.

22          THE COURT:  Let the record reflect that the outburst

23   was an expression of grief by one female spectator in the

24   courtroom.

25          MR. KIERSH:  Your Honor, there were two -- Your

66

1    Honor, two women left the courtroom.

2              THE COURT:  The only audible sound was made by one

3    weeping woman who left the courtroom.  Other's left to comfort

4    her.  That's the only outburst that was there, and it did

5    nothing to disrupt the trial.

6              MR. KIERSH:  Your Honor, I would just put for the

7    record that I would disagree with the Court.  There was a very

8    loud outburst and the woman appeared to --

9              THE COURT:  All right, I have got your point.  Your

10   motion for a mistrial is denied.

11             MR. KIERSH:  Very well.  And we should just -- for

12   scheduling, we will be back at 1:00 tomorrow and then on

13   Thursday at 10:00 to discuss jury instructions, is that

14   correct, 10:00 or 9:00 on Thursday?

15             THE COURT:  I think we can do it in two hours, so we

16   will make it 10:00.

17             MR. KIERSH:  On Thursday?

18             THE COURT:  On Thursday morning.

19             MR. KIERSH:  Very well.

20             MR. ZUCKER:  If I may, Your Honor, there were two

21   objections I had that I wanted to put on record during the

22   closing argument.  One, I did not object in deference to the

23   Court's expressing its desires before the closings, but during

24   closing arguments counsel for the government talked about Mr.

25   Montgomery and the death sentence and then went on to

67

1  extrapolate that to all of the government's witnesses.  Our

2  position was that --

3        THE COURT:  What?  Say again.

4        MR. ZUCKER:  Talked about Montgomery, one of the

5  government's witnesses, said, I am now under a death sentence

6  from all of the defendants.

7        THE COURT:  All right.

8        MR. ZUCKER:  That was in evidence.  I would not have

9  objected to that.  She extrapolated on to all of the

10  government witnesses are now under a death sentence as a

11  result of their cooperating in this courtroom.  It was an

12  improper speculation on -- in my opinion, it was improper

13  speculation calculated to prejudice the defendants.  They are

14  not accused of conspiring to kill people who have testified in

15  this trial.  And I object to it and ask that the jury be

16  admonished to disregard it.

17        THE COURT:  It's a fair inference to be drawn from

18  the evidence of a propensity to kill other witnesses.  I

19  overrule your objection.

20        MR. ZUCKER:  The other one which was made orally,

21  although I held it back for several minutes, the argument was

22  made about reasonable foreseeability in terms of drug

23  quantities.  It's my belief that flies right in the face of

24  current law under Apprendi, that each defendant is liable for

25  that part of the conspiracy they agreed to be part of, not for

68

1    what is foreseeable --

2           THE COURT:  I do not understand that to be the

3    import of Apprendi, and I don't understand it to be current

4    conspiracy law.

5           MR. ZUCKER:  The example that was given was if one

6    supplier distributes something to -- and the example that was

7    used was actually Smith and Price, that if Smith distributes

8    something to Price and Price knows that Smith is distributing

9    to other people as well, is supplying other sellers as well,

10   therefore Price is now responsible for everything that Smith

11   distributes to any other drug dealer.  And I do not --

12          THE COURT:  That's what I understand to be the

13   conspiracy law.  And the only significance of Apprendi is that

14   that is something which has to be found by a jury beyond a

15   reasonable doubt.  But he is responsible for that which is

16   reasonably foreseeable to him as being distributed by his co-

17   conspirators.

18          MR. ZUCKER:  Even though he did not agree to be part

19   of that?

20          THE COURT:  If he agrees to the conspiracy and it's

21   reasonably foreseeable that the conspiracy will in the

22   aggregate distribute a particular quantity of a controlled

23   substance then he is accountable for it.

24          MR. ZUCKER:  So he is --

25          THE COURT:  That's what I understand the law to be.

69

1          MR. ZUCKER:  So he would be, under the Court's

2   understanding, and it certainly was the prosecutor's argument,

3   that the seller who was supplied by a supplier is now

4   responsible for all other transactions the supplier --

5          THE COURT:  You're getting into hypotheticals and --

6          MR. ZUCKER:  That was the example that was given,

7   Judge, that's why I objected.  Smith supplies Price ergo Price

8   is now responsible for anybody else Smith also supplies.

9          THE COURT:  If Price is a part of a conspiracy, had

10  to be a member of a conspiracy, then he is responsible for and

11  accountable in the law for the quantity of that controlled

12  substance which is reasonably foreseeable to him that he and

13  his co-conspirators will in the aggregate distribute, that's

14  what I understand to be the law.  You can persuade me to the

15  contrary but you're going to have to give me some authority.

16         MR. KIERSH:  Let me briefly adopt all the Apprendi

17  arguments.  I would also ask that, with respect to Robert

18  Smith, whatever the jury may find he was accountable for in

19  terms of distribution of marijuana or other narcotics, that

20  that amount be excluded from any Apprendi calculation.

21  Because Robert Smith is not named in this indictment, he is

22  not named at all as a co-conspirator or an unindicted co-

23  conspirator.  So I would submit that my client cannot be held

24  accountable under Apprendi for the quantity purpose for

25  anything Robert Smith may have been involved with.

70

1          THE COURT:  I got your point.

2          MR. ZUCKER:  Your Honor, just on a procedural

3   matter, I would ask that the same rule apply that you applied

4   during openings, any charts the government uses and displays

5   to the jury during their argument will be made available for

6   the defense to use as well.

7          THE COURT:  Of course.

8          MR. ZUCKER:  Thank you.

9          THE COURT:  All right, 1:00 tomorrow.

10        (Whereupon, the hearing was adjourned at 4:48 p.m.)

11                        - - - - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Gris Case 1:98-cr-00329-RCL   Document 983   Filed 03/11/03   Page 71 of 72

## C E R T I F I C A T E

     I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

BEVERLY J. BYRNE
Official Court Reporter

CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

MAR 11  11 30 AM '03

RECEIVED