UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Action No. 98-329-06 (RCL)** |
| | : | |
| **SEAN COATES,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the United States' Unopposed Motion for Extension of Time in Which to File its Response to the defendant's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence ("defendant's motion"), the grounds set forth therein, and the Court having determined that, for the reasons stated in the United States' motion, good cause exists for the requested relief, it is hereby

**ORDERED** that the United States' motion for a ninety-day extension of time in which to file its response to defendant's § 2255 motion is **GRANTED**; and it is

**FURTHER ORDERED** that the United States shall file its response to defendant's § 2255 motion on or before July 6, 2010.

**SO ORDERED** this _____ day of _____, 2010

_____
**ROYCE C. LAMBERTH**
Chief Judge
United States District Court

Copies to:

Mary Ann Snow
Assistant United States Attorney
United States Attorney's Office
Special Proceedings Division, 10th Floor
555 Fourth Street, N.W.
Washington, D.C.  20530

Veronice A. Holt, Esquire
W111 3003 Van Ness, N.W.
Washington, D.C. 20008