UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA       ) | |
|                                                              ) | |
|      v.                                                     ) | Case No. 1:98-cr-00329-RCL |
|                                                              ) | |
| JEROME MARTIN                             ) | |
| WILLIAM SWEENEY                        ) | |
| SEAN COATES                                 ) | |
| SAMUEL CARSON                           ) | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE ITS RESPONSE TO THE DEFENDANTS' § 2255 MOTIONS AND
SUPPLEMENTAL FILINGS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to file its omnibus response to the defendants' § 2255 motions and supplemental filings. As grounds for this request, the United States now says:

1. On November 24, 2006, the United States Court of Appeal for the District of Columbia Circuit affirmed the defendants' convictions. United States v. Carson, 455 F.3d 336 (D.C. Cir. 2006). Between February 18, 2008, and March 28, 2008, defendants Martin, Sweeney, Coates and Carson filed pro se motions to vacate their convictions pursuant to 28 U.S.C. § 2255. Each defendant was later appointed counsel to represent them in these matters. In 2015, 2016, 2017, and 2018, the defendants, through counsel, filed supplements to their pro se § 2255 motions. The Court granted the government permission to file one omnibus response to all of the defendant's motions and supplements.

2. On November 21, 2018, defendant Martin filed the last supplemental motion to vacate pursuant to § 2255 in this case. After granting the government's motion for an extension in which to respond, the government's omnibus response is now due on September 19, 2019.

3. Collectively, the defendants have raised more than 90 claims in numerous motions and supplements that they have filed over a period of more than 10 years. To date, undersigned counsel has reviewed the entire trial transcript constituting the record in this case, reviewed each of the defendants' pleadings and has drafted a response, which is now in excess of 140 pages. Nevertheless, the government needs additional time to finalize its response, including the review process. This extension also is necessary in light of the undersigned's pre-existing caseload, which requires briefings to be filed in numerous serious cases, as well preparation for a number of evidentiary hearings. In addition, recently, on November 9, 2019, defendant Sweeney filed a

motion for discovery [Dkt. 1242], which the government intends to respond to in its omnibus response.

4. Counsel for defendant Carson does not oppose the government's request for a 60-day extension of time. Counsel for defendants Sweeney, Coates, and Martin have not responded to the government's request for the defendants' position on this request for extension.

5. For the foregoing reasons, the government respectfully asks the Court for an additional 60 days – until November 18, 2019 -- in which to respond to the defendant's motions.

6. A proposed Order is attached to this motion.

**WHEREFORE**, the government respectfully requests a 60-day extension of time until January 17, 2020, to file its response.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar Number 472-845

MARGARET J. CHRISS
Chief, Special Proceedings Division
D.C. Bar Number 452-403

_____/s/_____
PAMELA S. SATTERFIELD
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W.
Washington, D.C. 20530
D.C. Bar Number 421-247
Pamela.satterfield@usdoj.gov
202-252-7578

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 15th day of November, 2019, I caused a copy of the foregoing Motion for Extension of Time to be served via ECF on counsel of record.

\_\_\_/s/_____
Pamela S. Satterfield
Assistant United States Attorney