Sean Coates
#01181-748
F.C.I. Cumberland
P.O. Box 1000
Cumberland, MD 21501
February 20, 2024

Honorable Royce C. Lamberth
333 Constitution Ave. N.W. Room #1225
Washington, D.C. 20001

*Let this be filed*
*Royce C. Lamberth*
*U.S.D.J. 2/28/24*

Re: Case #- CR.98.329-06

Your Honor:

   On October 6, 2023 you ordered that my Motion To Correct Clerical Error (Rule 36) be Granted. In that motion a show cause motion asked..."WHY THE UNITED STATES SHOULD NOT REIMBURSE GARNISHED CORONAVIRUS AID, RELIEF, AND ECONOMIC SECURITY (CARES) ACT STIMULUS PAYMENT AND OTHER WRONGFULLY COLLECTED DEBT PAYMENTS FORTHWITH?"

   The wrongfully collected fine payment Totaled: $1,525.00 and the wrongfully garnished Cares Act Payment Totaled: $1,814.56

   I request that you order the Financial Litigation Unit of the Assistant United States Attorney's (AUSA) returned the garnished Stimulus Check, and if possible order the BOP reimburse the wrongfully collect, fine payments.

   Enclosed, is a copy of my Inmate Financial Responsibility Plan and the Notice From The Financial Litigation Unit.

                                                      Respectfully Presented,

                                                      *Sean Coates* #01181-748
                                                      Sean Coates #01181-748

CERTIFICATE OF SERVICE

I, Sean Coates, pursuant to 28 USC 1746 declare under penalty of perjury, that a pre-paid copy of the letter/motion was placed in the institution mail on 2-20-24 addressed to:

**FINANCIAL LITIGATION UNIT**
**US ATTORNEY OF D.C.**
**555 4TH STREET THIRD FLOOR**
**WASHINGTON, DC 20530**

Respectfully Presented,

*Sean Coates*
Sean Coates

(1 of 1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:98-CR-329-RCL-6 |
| | ) |
| SEAN COATES | ) |

## ORDER

THIS MATTER having come before the Court on Defendant Sean Coates' unopposed Motion to Correct Clerical Error [ECF No. 1338]; and

THE COURT having reviewed the matter and finding there has been a clerical error in the judgment [ECF No. 913] and docket entry [ECF No. 842] in this case;

It is hereby **ORDERED,** that pursuant to Federal Rule of Criminal Procedure 36 the motion is **GRANTED,** and the Clerk of the Court is instructed to correct ECF No. 842 on the PACER docket by deleting "Imposition of a fine on all other counts is waived" and inserting "The imposition of a fine on all counts is waived" and it is further

**ORDERED** that the judgment [ECF No. 913] be amended to reflect the waiver of the fine imposed on count 1.

ROYCE C. LAMBERTH
Senior United States District Judge