**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

SAMUEL CARSON; SEAN COATES;
JEROME MARTIN, JR.; AND WILLIAM
K. SWEENEY,

*Defendants.*

Case No. 1:98-cr-329-6-RCL

**[PROPOSED] ORDER**

Upon consideration of Defendants' Supplemental Motion to Vacate, Set Aside, or Correct

Their Sentences Pursuant to 28 U.S.C. § 2255, filed pursuant to the D.C. Circuit July 30, 2025

Order remanding the record for factual findings concerning the exculpatory evidence revealed in

the Government's New Disclosures, and the full record herein, the Court makes the following

findings:

The Court finds that no evidentiary hearing is necessary, the record as developed through

the New Disclosures and prior proceedings being sufficient to resolve the issues presented.

The Court finds that the Government's suppression of material exculpatory evidence,

including sworn eyewitness grand jury testimony and law enforcement records identifying Andre

Chappelle, not any Defendant, as the shooter of Robert "Butchie" Smith, withheld for decades

despite repeated requests by the defense, constitutes a violation of *Brady v. Maryland*, 373 U.S.

83 (1963).

1

The Court finds that the suppressed evidence revealed in the New Disclosures, considered cumulatively with other *Brady* material withheld throughout Defendants' trial and post-conviction proceedings, undermines confidence in the outcome of Defendants' trial, including by calling into question the pivotal evidentiary ruling admitting Robert Smith's out-of-court statements through Special Agent Lisi and the testimony of key prosecution witness James Montgomery.

The Court respectfully advises the D.C. Circuit that, upon a full remand, it would vacate Defendants' convictions.

It is hereby **ORDERED** that this Court's findings shall be transmitted to the D.C. Circuit for further proceedings consistent herewith.

**SO ORDERED.**

_____
United States District Judge

2