**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| United States of America<br><br>v.<br><br>Samuel Carson, Sean Coates, Jerome Martin, Jr., and William K. Sweeney,<br><br>Defendants. | Case No. 1:98-cr-329-6-RCL |

---

# APPENDIX

in support of Defendants' Supplemental § 2255 Motion

---

---

# TABLE OF CONTENTS

## VOLUME I

### Government Disclosures and Declaration

Ex. A – Government Disclosure Letter (April 11, 2025) ...................................................................2

Ex. B – Government Disclosure Letter (April 22, 2025)..............................................................20

Ex. C – Government Disclosure Letter (May 7, 2025)................................................................43

Ex. D –Government Disclosure Letter (March 10, 2026) ...........................................................46

Declaration of Lexi Negin Christ (February 2, 2026)....................................................................49

# VOLUME II

## Transcript Excerpts (1996–March 14, 2001)

December 10, 1996 ..............................................................................................................53

September 27, 2000 .............................................................................................................56

January 10, 2001 ...............................................................................................................60a

February 1, 2001 (morning session) ..................................................................................61

March 7, 2001 (afternoon session)....................................................................................69

March 12, 2001 (afternoon session)..................................................................................92

March 13, 2001 (afternoon session)................................................................................127

March 14, 2001 (morning session) .................................................................................145

March 14, 2001 (afternoon session)................................................................................165

# VOLUME III

## Transcript Excerpts (March 15–July 2001)

March 15, 2001 (morning session) ..........................................................................................179

May 23, 2001 (morning session) ............................................................................................207

May 23, 2001 (afternoon session)...........................................................................................218

May 29, 2001 (afternoon session)...........................................................................................236

May 30, 2001 (morning session) ............................................................................................255

June 26, 2001 (morning session) ............................................................................................266

June 26, 2001 (afternoon session)...........................................................................................281

June 27, 2001 (afternoon session)...........................................................................................285

July 3, 2001 (afternoon session) .............................................................................................308

July 5, 2001 (morning session) ...............................................................................................313

## VOLUME IV

### District Court Docket Entries (Pretrial Motions)

Docket Sheet, *United States v. Coates*, No. 1:98-cr-00329-RCL-6 (D.D.C.). ...........................319

Dkt. 71 – Defendant William K. Sweeney's Motion to Compel Discovery (February 9, 1999) ......
...................................................................................................................................406

Dkt. 228 – Defendant William K. Sweeney's Motion to Compel Production of Mitigation
Materials (October 28, 1999)........................................................................................433

Dkt. 293 – Defendant William K. Sweeney's Addendum to Motion to Compel Discovery (May
18, 2000) .......................................................................................................................459

Dkt. 321 – Order Denying Defendant Sweeney's Motion to Compel Discovery; Directing Ex
Parte Review of James Montgomery Investigative File (Jackson, J.) (June 16, 2000) .........471

Dkt. 322 – Government's Notice of Submission of Ex Parte Materials to the Court Regarding
James Montgomery (June 30, 2000) .................................................................................473

Dkt. 328 – Defendant Samuel Carson's Motion to Compel Disclosure of Evidence Subject to
Suppression (July 16, 2000) ........................................................................................479

Dkt. 340 – Defendant William K. Sweeney's Third Motion to Compel Discovery (July 17, 2000)
...................................................................................................................................482

Dkt. 341 – Defendant William K. Sweeney's Response in Opposition to Government's Motion
to Admit Out-of-Court Statements of Murdered Witnesses (July 17, 2000) ........................491

Dkt. 342 – Defendant Samuel Carson's Motion for Leave to Join Sweeney's Third Motion to
Compel Discovery and Related Motions (July 17, 2000) .....................................................504

Dkt. 347 – Defendant Sean Coates' Motion for Leave to Late-File Pretrial Motions (July 24,
2000) .............................................................................................................................509

Dkt. 350 – Defendant Sean Coates' Motion for Leave to Join Motions Filed by Co-Defendants
(July 24, 2000) .............................................................................................................512

Dkt. 359 – Defendant Jerome Martin's Motion for Leave to Join Sweeney's Third Motion to
Compel Discovery and Related Motions (August 22, 2000) ................................................515

Dkt. 360 – Government's Response in Opposition to Defendants' Pretrial Motions (August 18,
2000) .............................................................................................................................519

# VOLUME V

## District Court Docket Entries (Trial and Verdict Materials)

Dkt. 363 – Defendant Jerome Martin's Response in Opposition to Government's Motion to Admit Out-of-Court Statements of Murdered Witnesses (August 25, 2000) ........................699

Dkt. 367 – Defendant Sean Coates' Response in Opposition to Government's Motion to Admit Out-of-Court Statements of Murdered Witnesses (August 28, 2000) ..................................727

Dkt. 371 – Order Granting Defendant Coates' Motion for Leave to Join Motions Filed by Co-Defendants (Jackson, J.) (August 28, 2000) ..........................................................................731

Dkt. 372 – Order Granting Defendant Carson's Motion for Leave to Join Sweeney's Third Motion to Compel Discovery and Related Motions (Jackson, J.) (August 28, 2000) ..........732

Dkt. 396 – Defendant William K. Sweeney's Supplemental Memorandum of Law in Opposition to Government's Motion to Admit Out-of-Court Statements of Murdered Witnesses (September 13, 2000) ..............................................................................................................733

Dkt. 409 – Defendant Jerome Martin's Memorandum Identifying Specific Requests Under Adopted Motion to Disclose Identities of Confidential Informants (September 25, 2000) ..740

Dkt. 410 – Defendant Jerome Martin's Memorandum of Specific Items Requested Under Adopted Third Motion to Compel Discovery (September 25, 2000) ..................................744

Dkt. 436 – Order Granting Defendant Martin's Motion for Leave to Join Sweeney's Related Pretrial Motions (Jackson, J.) (September 28, 2000) ..........................................................749

Dkt. 451 – Order Conditionally Granting Government's Motion to Admit Out-of-Court Statements of Murdered Witnesses, Subject to Further Brady Production; Denying Defendants' Motions to Compel and Related Pretrial Motions (Jackson, J.) (September 28, 2000) ................................................................................................................................796

Dkt. 452 – Defendant Samuel Carson's Motion to Adopt Defendant Sweeney's Motion to Admit Maryland Grand Jury Testimony of Two Unavailable Witnesses (November 6, 2000) ......801

Dkt. 481 – Government's Memorandum in Opposition to Defendants Sweeney and Hill's Motions for Admission of Grand Jury Testimony of Unavailable Witnesses (November 16, 2000) ................................................................................................................................804

Dkt. 594 – Defendant Samuel Carson's Motion for Remedy for Government's Failure to Provide Exculpatory and Impeachment Material in a Timely Manner (May 14, 2001) ....................810

Dkt. 597 – Government's Response in Opposition to Defendant Carson's Motion to Preclude Statements Allegedly Made by Defendant Sweeney to Robert Smith (May 21, 2001) .......819

Dkt. 760 – Second Retyped Indictment (July 2, 2001)...............................................................842

Dkt. 810 – Verdict Form (August 16, 2001)...............................................................................921

## VOLUME VI
### § 2255 Proceedings (Initial Filings and Exhibits)

Dkt. 1017 – Defendant William K. Sweeney's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 18 U.S.C. § 2255 (February 19, 2008)...............................................................959

Dkt. 1020 – Defendant Sean Coates' Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (February 19, 2008)...............................................................976

Dkt. 1021 – Defendant Jerome Martin's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (February 18, 2008)...............................................................1029

Dkt. 1023 – Defendant Samuel Carson's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (February 28, 2008)...............................................................1046

Dkt. 1088 – Defendant Samuel Carson's Motion for Discovery (April 18, 2012) ...................1052

Dkt. 1094 – Defendant Samuel Carson's Reply Motion for Discovery (July 12, 2012) ..........1059

Dkt. 1104 – Defendant Sean Coates' Motion for Judicial Review (December 3, 2012) ..........1066

Dkt. 1140 – Defendant William K. Sweeney's Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Incorporated Memorandum of Facts and Law Under Seal (November 28, 2014) ...............................................................1072

Dkt. 1142-2 – Exhibit 7 to Defendant William K. Sweeney's Supplemental Motion to Vacate (November 28, 2014) (App 1269–1270) ...........................................................1074

Dkt. 1142-4 – Exhibit 9 to Defendant William K. Sweeney's Supplemental Motion to Vacate (November 28, 2014) (App 1273–1275) ...........................................................1076

Dkt. 1143-1 – Exhibit 6 to Defendant William K. Sweeney's Supplemental Motion to Vacate (November 28, 2014) (App 1247–1268, 1259) ...................................................1079

# VOLUME VII

## § 2255 Proceedings (Supplemental Filings – Part 1)

Dkt. 1156 – Defendant William K. Sweeney's Amended Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Incorporated Memorandum of Facts and Law Under Seal (February 25, 2015) ...................................................................1101

Dkt. 1166 – Defendant Sean Coates' Pro Se Supplemental Claims in Relation to Original Motion Pursuant to 28 U.S.C. § 2255 (February 24, 2015)...........................................................1103

Dkt. 1170 – Defendant Samuel Carson's Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 18 U.S.C. § 2255 (April 9, 2015) .......................................................1112

Dkt. 1174-3 – Government's Ex Parte Submission of Additional Materials to the Court Regarding James Montgomery (April 9, 2015) ....................................................................1157

Dkt. 1182 – Defendant Jerome Martin's Supplement to Motion to Vacate in Light of *Johnson v. United States* (June 23, 2016) .........................................................................................1188

Dkt. 1183 – Defendant Samuel Carson's Supplement to Motion to Vacate After *Johnson v. United States* (June 24, 2016) .........................................................................................1192

Dkt. 1184 – Defendant Sean Coates' Supplement to Motion to Vacate in Light of *Johnson v. United States* (June 27, 2016) .........................................................................................1195

Dkt. 1191 – Defendant Samuel Carson's Supplement to Motion to Vacate After *Johnson v. United States* (June 14, 2017) .........................................................................................1197

Dkt. 1197 – Defendant William K. Sweeney's Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Incorporated Memorandum of Facts and Law (June 16, 2017) ....................................................................................................1211

Dkt. 1198 – Defendant William K. Sweeney's Amended Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Incorporated Memorandum of Facts and Law (June 16, 2017) ....................................................................................1295

# VOLUME VIII

## § 2255 Proceedings (Supplemental Filings – Part 2)

Dkt. 1229 – Defendant William K. Sweeney's Supplement to Amended Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Incorporated Memorandum of Facts and Law (October 31, 2018) .........................................................1386

Dkt. 1233 – Defendant Jerome Martin's Supplement to Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (November 21, 2018)............................................1389

Dkt. 1242 – Defendant William K. Sweeney's Motion for Discovery (November 9, 2019) ...1427

Dkt. 1273 – Defendant Samuel Carson's Second Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 18 U.S.C. § 2255 (July 1, 2020) ..........................................1433

Dkt. 1277 – Defendant William K. Sweeney's Reply to the Government's Opposition to His Motions to Vacate, Set Aside, or Correct Sentence Pursuant to 18 U.S.C. § 2255 (July 14, 2020) .................................................................................................................................1571

Dkt. 1280-1 – Affidavit of Jenifer Wicks (October 6, 2020).....................................................1595

x

# VOLUME IX

## Court of Appeals Materials and Remand Orders

Dkt. 1363 – Order Granting Unopposed Motion to Remand Record to District Court for Consideration of Supplemental Brady Disclosures; Holding Appeals in Abeyance (D.C. Cir.) (July 30, 2025) ...................................................................................................1597

Dkt. 1364 – Order Granting Unopposed Motion to Remand Record to District Court for Consideration of Supplemental Brady Disclosures; Holding Appeals in Abeyance (D.C. Cir.) (July 30, 2025) ...................................................................................................1598

Dkt. 1365 – Order Granting Unopposed Motion to Remand Record to District Court for Consideration of Supplemental Brady Disclosures; Holding Appeals in Abeyance (D.C. Cir.) (July 30, 2025) ...................................................................................................1599

Dkt. 1366 – Order Granting Unopposed Motion to Remand Record to District Court for Consideration of Supplemental Brady Disclosures; Holding Appeals in Abeyance (D.C. Cir.) (July 30, 2025) ...................................................................................................1600

Dkt. 1367 – Parties' Joint Proposed Schedule for Supplemental § 2255 Proceedings on Remand (November 21, 2025) ......................................................................................1601

Dkt. 1372 – Order Granting Parties' Joint Proposed Schedule for Supplemental § 2255 Proceedings on Remand (Lamberth, J.) (December 17, 2025)...........................................1602

Docket Sheet, *United States v. Coates*, No. 21-3072 (D.C. Cir.) ............................................1603

Brief of Appellants, *United States v. Coates*, Nos. 21-3072, 21-3073, 21-3078, 22-3016 & 23-3015 (D.C. Cir. Sept. 28, 2024)...............................................................................1618

Brief for Appellee, United States v. Coates, Nos. 21-3072, 21-3073, 21-3078, 22-3016 & 23-3015 (D.C. Cir. Apr. 4, 2025)................................................................................1769

Unopposed Motion to Remand the Record and to Stay the Deadline for Defendants-Appellants' Reply Brief, United States v. Coates, No. 21-3072 (D.C. Cir. May 27, 2025)....................1935

Clerk's Order, United States v. Coates, No. 21-3072 (D.C. Cir. May 29, 2025) ......................1942